## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VANGUARD NATURAL RESOURCES, | ) | |
| LLC, | ) | Case No. 17-30560 |
| | ) | |
| Debtors | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Brian P. Gaffney, of Snell & Wilmer L.L.P., on behalf of MARKWEST OKLAHOMA GAS COMPANY, L.L.C. hereby enters his appearance as counsel of record and requests that his name is included on the master mailing list in this case and requests that a copy of all notices to creditors and other parties in interest in this action be sent to the address listed below:

Brian P. Gaffney
Snell & Wilmer L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
Telephone: (303) 634-2000
Fax: (303) 634-2020
E-mail: bgaffney@swlaw.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, e-mail, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) Debtors, (b) property of the Debtors' estates, or proceeds thereof, which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by the undersigned.

25699768.1

Neither this request for special notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall constitute a waiver of the within parties':

1.      Rights to any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge;

2.      Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. Section 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

3.      Right to have the reference of this matter withdrawn by the United States District Court in any matter of proceeding subject to mandatory or discretionary withdrawal; and

4.      Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under agreement or at law or in equity or under the United States Constitution.

Dated February 2, 2017.                    SNELL & WILMER L.L.P.

                                           */s/ Brian P. Gaffney*
                                           Brian P. Gaffney, TX Bar. No. 24094383
                                           1200 Seventeenth Street
                                           Suite 1900
                                           Denver, CO  80202
                                           (303) 634-2000
                                           Phone: (303) 634-2077
                                           Fax: (303) 634-2020
                                           Email: bgaffney@swlaw.com
                                           *Attorney for MarkWest Oklahoma Gas Company,*
                                           *L.L.C.*

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 2, 2017, I served the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** using the CM/ECF system, which will provide notice to all parties of record.

*s/Sandy Braverman*
for Snell & Wilmer L.L.P.

3