UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 17-30560 (MI) |
|---|---|---|---|
| Debtor | In Re: | Vanguard Natural Resources, LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____ New York _____:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jonathan I. Levine<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019-9601<br>(212) 468-8000<br>New York / 3962594 |

United States Courts
Southern District of Texas
FILED

FEB 0 3 2017

David J. Bradley, Clerk of Court

Seeks to appear as the attorney for this party:

| Ad Hoc Committee of Second Lien Noteholders | |
|---|---|
| Dated: February 2, 2017 | Signed: [signature] |

| COURT USE ONLY: The applicant's state bar reports their status as: Active | |
|---|---|
| Dated: 2/3/17 | Signed: [signature]<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                          United States Bankruptcy Judge