

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

ENTERED
02/06/2017

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 17-30560 (MI) |
|---|---|---|---|
| Debtor | In Re: | Vanguard Natural Resources, LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jonathan I. Levine<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019-9601<br>(212) 468-8000<br>New York / 3962594 | United States Courts<br>Southern District of Texas<br>FILED<br><br>FEB 0 3 2017<br><br>David J. Bradley, Clerk of Court |
|---|---|---|

Seeks to appear as the attorney for this party:

Ad Hoc Committee of Second Lien Noteholders

Dated: February 2, 2017       Signed: _____

COURT USE ONLY: The applicant's state bar reports their status as: _Active_.

Dated: 2/3/17       Signed: _____
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed:
February 06, 2017

_____
Marvin Isgur
United States Bankruptcy Judge