# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| VANGUARD NATURAL RESOURCES, LLC, *et al.*,[1] | § | Case No. 17-30560 |
|  | § |  |
| Debtors. | § | (Jointly Administered) |
|  | § |  |

## MASTER SERVICE LIST

Dated: February 6, 2017      PAUL HASTINGS LLP

*/s/ James T. Grogan*

Chris L. Dickerson, Esq. (*pro hac vice*)
Todd M. Schwartz, Esq. (*pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile: (312) 499-6100

- and -

James T. Grogan, Esq. (Tex. Bar No. 24027354)
Danny Newman, Esq. (Tex. Bar No. 24092896)
600 Travis St., 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-2801

*Proposed Counsel to Vanguard*

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Vanguard Natural Resources, LLC (1161); Eagle Rock Acquisition Partnership, L.P. (6706); Eagle Rock Acquisition Partnership II, L.P. (0903); Eagle Rock Energy Acquisition Co., Inc. (4564); Eagle Rock Energy Acquisition Co. II, Inc. (3364); Eagle Rock Upstream Development Company, Inc. (0113); Eagle Rock Upstream Development Company II, Inc. (7453); Encore Clear Fork Pipeline LLC (2032); Escambia Asset Co. LLC (3869); Escambia Operating Co. LLC (2000); Vanguard Natural Gas, LLC (1004); Vanguard Operating, LLC (9331); VNR Finance Corp. (1494); and VNR Holdings, LLC (6371).  The location of the Debtors' service address is: 5847 San Felipe, Suite 3000, Houston, Texas 77057.

**<u>EXHIBIT A</u>**

**Master Service List**

2002 Parties

Counsel to Basic Energy Services, LP and Flowco
Production Solutions
Doré Law Group, P.C.
Attn: Zachary S. McKay
17171 Park Row Suite 160
Houston, TX 77084
Phone: 281-829-1555
Fax: 281-200-0751
Email: zmckay@dorelawgroup.net

Counsel to Markwest Oklahoma Gas Company, LLC
Snell & Wilmer L.L.P.
Attn: Brian P. Gaffney
1200 Seventeenth Street Suite 1900
Denver, CO 80202
Phone: 303-634-2000
Fax: 303-634-2020
Email: bgaffney@swlaw.com

Counsel to J-W Power Company
Miller Mentzer Walker, P.C.
Attn: Julie A. Walker
100 N. Main St. PO Box 130
Palmer, TX 75152
Phone: 972-845-2222
Fax: 214-764-6676
Email: jwalker@milmen.com

Claims and Noticing Agent

Claims Agent
Prime Clerk LLC
Attn: Josh Karotkin
830 3rd Ave Floor 9
New York, NY 10022
Phone: 212-257-5450
Fax: 646-328-2851
Email: vanguardteam@PrimeClerk.com
serviceqa@PrimeClerk.com

Debtors' Advisors

Financial Advisor
Opporutne LLP
Attn: Scott Anchin
10 East 53rd Street 33rd Floor
New York, NY 10022
Phone: 212-388-400
Fax:
Email: SAnchin@opportune.com
SHofner@opportune.com

Counsel to Debtors
Paul Hastings
Attn: James T. Grogan, Esq.; Danny Newman, Esq.
600 Travis St., 58th Floor
Houston, TX 77002
Phone: 713-860-7300
Fax: 713-353-2801
Email: jamesgrogan@paulhastings.com
dannynewman@paulhastings.com
brendangage@pauhastings.com

Counsel to Debtors
Paul Hastings
Attn: Chris L. Dickerson, Esq.; Todd M. Schwartz, Esq.
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Phone: 312-499-6000
Fax: 312-499-6100
Email: chrisdickerson@paulhastings.com
toddschwartz@paulhastings.com

Debtors
Vanguard Natural Resources
Attn: Lisa Godfrey
5847 San Felipe, Suite 3000
Houston, TX 77057
Phone:
Fax:
Email: lgodfrey@vnrllc.com

Governmental Authorities

California Attorney General
State of California Attorney General
Attn: Bankruptcy Dept
P.O. Box 944255
Sacramento, CA 94244-2550
Phone: 916-445-9555
Fax: 916-323-5341
Email:

Colorado Attorney General
State of Colorado Attorney General
Attn: Bankruptcy Dept
Ralph L. Carr Colorado Judicial Center 1300 Broadway,
10th Floor
Denver, CO 80203
Phone: 720-508-6000
Fax: 720-508-6030
Email: Attorney.General@state.co.us

Comptroller of Public Accounts of the State of Texas
Assistant Attorney General
Attn: Joh Mark Stern
Bankruptcy & Collections Division MC 008 PO Box
12548
Austin, TX 78711-2548
Phone: 512-475-4868
Fax: 512-936-1409
Email: john.stern@oag.texas.gov

Counsel to Nacogdoches County Central Appraisal
District, Yantis ISD & Quitman ISD
Perdue, Brandon, Fielder, Collins & Mott, LLP
Attn: Tab Beall
305 S Broadway Ave, Ste 200 PO Box 2007
Tyler, TX 75702
Phone: 903-597-7664
Fax: 903-597-6298
Email: tbeall@pbfcm.com
tylbk@pbfcm.com

Environmental Protection Agency
Environmental Protection Agency
Office of General Counsel 2310A
USEPA William Jefferson Clinton Building North (WJC
North) 1200 Pennsylvania Avenue N.W.
Washington, DC 20004
Phone: 202-272-0167
Fax: 202-564-1778
Email:

Environmental Protection Agency - Region 6
Environmental Protection Agency
Attn: Bankruptcy Division
1445 Ross Avenue Ste 1200
Dallas, TX 75202
Phone: 214-665-6444
Fax: 214-665-2146
Email:

Illinois Attorney General
State of Illinois Attorney General
Attn: Bankruptcy Dept
100 West Randolph Street
Chicago, IL 60601
Phone: 312-814-3000
Fax:
Email: webmaster@atg.state.il.us

IRS Insolvency Section
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346
Phone: 800-973-0424
Fax: 855-235-6787
Email:

IRS Insolvency Section
Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104-5016
Phone: 800-973-0424
Fax: 855-235-6787
Email:

Kansas Attorney General
State of Kansas Attorney General
Attn:  Bankruptcy Dept
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1597
Phone: 785-296-2215; 888-428-8436
Fax: 785-296-6296
Email:

Louisiana Attorney General
State of Louisiana Attorney General
Attn:  Bankruptcy Dept
P.O. Box 94095
Baton Rouge, LA 70804-4095
Phone: 225-326-6000
Fax:
Email: ConsumerInfo@ag.state.la.us

Michigan Attorney General
State of Michigan Attorney General
Attn:  Bankruptcy Dept
G. Mennen Williams Building, 7th Floor 525 W. Ottawa St.
Lansing, MI 48909-0212
Phone: 517-373-1110
Fax: 517-373-3042
Email: miag@michigan.gov

Montana Attorney General
State of Montana Attorney General
Attn:  Bankruptcy Dept
215 N Sanders, Third Floor PO Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
Email: contactdoj@mt.gov

New Mexico Attorney General
State of New Mexico Attorney General
Attn:  Bankruptcy Dept
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Phone: 505-827-6000
Fax: 505-827-5826
Email:

North Dakota Attorney General
State of North Dakota Attorney General
Attn:  Bankruptcy Dept
State Capitol 600 E Boulevard Ave Dept 125
Bismarck, ND 58505-0040
Phone: 701-328-2210
Fax:
Email: ndag@nd.gov

Oklahoma Attorney General
State of Oklahoma Attorney General
Attn:  Bankruptcy Dept
313 NE 21st Street
Oklahoma City, OK 73105
Phone: 405-521-3921
Fax: 405-521-6246
Email:

Securities and Exchange Commission - Headquarters
Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549
Phone: 202-942-8088
Fax:
Email: secbankruptcy@sec.gov
NYROBankruptcy@sec.gov

Securities and Exchange Commission - Regional Office
Securities & Exchange Commission - Fort Worth Office
David Woodcock
Burnett Plaza 801 Cherry St Ste 1900, Unit 18
Fort Worth, TX 76102
Phone: 817-978-3821
Fax:
Email: dfw@sec.gov

Securities and Exchange Commission - Regional Office
Securities & Exchange Commission - NY Office
Attn: Bankruptcy Department
Brookfield Place 200 Vesey Street Ste 400
New York, NY 10281-1022
Phone: 212-336-1100
Fax:
Email: bankruptcynoticeschr@sec.gov

Texas Attorney General
State of Texas Attorney General
Attn:  Bankruptcy Dept
Capitol Station PO Box 12548
Austin, TX 78711-2548
Phone: 512-475-4868
Fax: 512-475-2994
Email: public.information@oag.state.tx.us

Texas Attorney General
Texas Attorney General
Civil Division
PO Box 12548
Austin, TX 78711-2548
Phone: 512-475-4868
Fax: 512-475-2994
Email:

United States Trustee Southern District of Texas
Office of the United States Trustee
Attn: Diane Livingstone
515 Rusk Street Suite 3516
Houston, TX 77002
Phone: 713-718-4650
Fax: 713-718-4670
Email: Diane.G.Livingstone@usdoj.gov

US Attorney for the Southern District of Texas
US Attorney for Southern District of Texas
Kenneth Magidson, Esq.
One Shoreline Plaza South Tower 800 N Shoreline Blvd
Ste 500
Corpus Christi, TX 78401
Phone: 361-888-3111
Fax: 713-718-3300
Email: usatxs.atty@usdoj.gov

Utah Attorney General
State of Utah Attorney General
Attn:  Bankruptcy Dept
PO Box 142320
Salt Lake City, UT 84114-2320
Phone: 801-538-9600
Fax: 801-538-1121
Email: uag@utah.gov

Wyoming Attorney General
State of Wyoming Attorney General
Attn:  Bankruptcy Dept
123 Capitol Building 200 W. 24th Street
Cheyenne, WY 82002
Phone: 307-777-7841
Fax: 307-777-6869
Email:

Lenders and Indenture Trustees

Banc of America Leasing & Capital, LLC
Reed Smith, LLP
Attn: Lloyd A. Lim
811 Main Street Suite 1700
Houston, TX 77002
Phone: 713-469-3800
Fax: 713-469-3889
Email: llim@reedsmith.com

Banc of America Leasing & Capital, LLC
Reed Smith, LLP
Attn: Marsha A. Houston
355 S. Grand Ave. Suite 2900
Lost Angeles, CA 90071
Phone: 213-457-8000
Fax: 213-457-8080
Email: mhouston@reedsmith.com

Citibank, N.A., as administrative agent under Debtors'
first lien credit facility
Citigroup, Inc.
Attn:  Phillip Ballard
811 Main Street Suite 4000
Houston, TX 77002
Phone:
Fax:
Email: Phil.ballard@citi.com

Citibank, N.A., as administrative agent under Debtors'
first lien credit facility
Citigroup, Inc.
Attn: Sugam Mehta
388 Greenwich Street
New York, NY 10013
Phone:
Fax:
Email: Sugam.mehta@citi.com

Counsel to Citibank, N.A.
Weil, Gotshal & Manges LLP
Attn: Christopher M. López
700 Louisiana Street Suite 1700
Houston, TX 77002
Phone: 713-546-5000
Fax: 713-224-9511
Email: chris.lopez@weil.com

Counsel to Citibank, N.A.
Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Joseph H. Smolinsky  and Blaire
Cahn
767 Fifth Avenue
New York, NY 10153
Phone: 212-310-8000
Fax: 212-310-8007
Email: stephen.karotkin@weil.com
joseph.smolinsky@weil.com
blaire.cahn@weil.com

Counsel to Citibank, N.A., as administrative agent
Weil, Gotshal & Manges LLP
Attn: Courtney Marcus, Aaron S. Turner
200 Crescent Court, Suite 300
Dallas, TX 75201-6950
Phone: 214-746-7700
Fax: 214-746-7777
Email: Courtney.marcus@weil.com
aaron.turner@weil.com

Counsel to Citibank, N.A., as administrative agent
Weil, Gotshal & Manges LLP
Attn: Joseph Smolinsky, Blaire Cahn
767 Fifth Avenue
New York, NY 10153-0119
Phone: 212-310-8767
Fax: 212-310-8007
Email: Joseph.smolinsky@weil.com
blaire.cahn@weil.com

Counsel to Delaware Trust Company as Indenture
Trustee for Second Lien Notes
ROPES & GRAY LLP
Attn: Mark R. Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Phone: 212-841-8814
Fax: 646-728-1663
Email: Mark.Somerstein@ropesgray.com

Counsel to Delaware Trust Company as Indenture
Trustee for Second Lien Notes
ROPES & GRAY LLP
Attn: Patricia I. Chen
Prudential Tower 800 Boylston Street
Boston, MA 02199-3600
Phone: 617-951-7553
Fax: 617-235-9712
Email: Patricia.Chen@ropesgray.com

Counsel to the Ad Hoc Committee of Second Lien
Noteholders
Jackson Walker LLP
Attn: Matthew D. Cavenaugh
1401 McKinney Street Suite 1900
Houston, TX 77010
Phone: 713-752-4200
Fax: 713-752-4221
Email: mcavenaugh@jw.com

Counsel to the Ad Hoc Committee of Second Lien
Noteholders
Jackson Walker LLP
Attn :Monica S. Blacker
2323 Ross Avenue Suite 600
Dallas, TX 75201
Phone: 214-953-6000
Fax: 214-953-5822
Email: mblacker@jw.com

Counsel to the Ad Hoc Committee of Second Lien
Noteholders
Morrison & Foerster LLP
Attn: John Pintarelli, Jonathan I. Levine and Daniel J.
Harris
250 West 55th Street
New York, NY 10019-9601
Phone: 212-468-8000
Fax: 212-468-7900
Email: jonlevine@mofo.com
jpintarelli@mofo.com; dharris@mofo.com

Counsel to The Ad Hoc Committee of Senior
Noteholders and UMB Bank, National Association, as
Indenture Trustee
Milbank, Tweed, Hadley & McCloy LLP
Attn: Samuel A. Khalil and Andrew Leblanc
28 Liberty Street
New York, NY 10005
Phone: 212-530-5015
Fax: 212-822-5015
Email: skhalil@milbank.com; aleblanc@milbank.com

Counsel to The Ad Hoc Committee of Senior
Noteholders and UMB Bank, National Association, as
Indenture Trustee
Porter Hedges LLP
Attn: John F. Higgins and Eric M. English
1000 Main Street 36th Floor
Houston, TX 77002
Phone: 713-226-6000
Fax: 713-226-6248
Email: jhiggins@porterhedges.com;
eenglish@porterhedges.com

Counsel to the Ad Hoc Committee of Unsecured
Noteholders
Milbank, Tweed, Hadley & McCloy LLP
Attn: Samuel A. Khalil, Brian Kinney
28 Liberty Street
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Email: skhalil@milbank.com
bkinney@milbank.com

Indenture Trustee for Debtors' Second Lien Notes
Delaware Trust Company
Attn: Sandi Horwitz
2711 Centerville Road
Wilmington, DE 19808
Phone: 877-374-6020
Fax: 302-636-8666
Email: shorwitz@delawaretrust.com

Indenture trustee for Eagle Rock Senior Notes Due
2020 (EROC) - 8.375%
Wilmington Trust, National Association
Attn: Rita Marie Ritrovato
1100 North Market Street
Wilmington, DE 19890-1605
Phone: 302-636-5137
Fax: 302-636-4140
Email: rritrovato@wilmingtontrust.com

Indenture Trustee for VNR Senior Notes Due 2020 -
7.87%
UMB Bank, N.A.
Attn: Mark Flanagan
1010 Grand Blvd., 4th Floor
Kansas City, MO 64106
Phone: 816-860-3009
Fax: 816-860-3029
Email: Mark.Flannagan@umb.com

UMB Bank, National Association, as Indenture Trustee
for 7.875% Senior Notes due 2020
Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq & Benjamin D. Feder, Esq.
101 Park Avenue
New York, NY 10178
Phone: 212-808-7800
Fax: 212-808-7897
Email: KDWBankruptcyDepartment@KelleyDrye.com
ewilson@kelleydrye.com; bfeder@kelleydrye.com

Top 50 Unsecured Creditors

1415 LOUISIANA INC
Gregory J. Armstrong, President
1415 LOUISIANA SUITE 3900
HOUSTON, TX 77002
Phone: 713- 739-6540
Fax: 713-520-1041
Email: info@wedgerealestateholdings.com

A & A TANK TRUCK CO.
Attn: President and General Counsel
576 SW Highway 2
Wilburton, OK 74578
Phone: 918- 465-3899
Fax: 918-465-4362
Email:

A & A TANK TRUCK CO.
Attn: President and General Counsel
PO BOX 732331
DALLAS, TX 75373-2331
Phone: 918-465-3899
Fax: 918-465-4362
Email:

ARCHROCK SERVICES, L.P.
Attn: President and General Counsel
16666 Northchase Drive
Houston, TX 77060
Phone: 281- 836-8155
Fax: 281-836-8316
Email:

ARCHROCK SERVICES, L.P.
Attn: President and General Counsel
PO BOX 201160
DALLAS, TX 75320-1160
Phone: 281- 836-8155
Fax: 281-836-8316
Email:

B&R TOOLS & SERVICE INC
Attn: President and General Counsel
PO BOX 998
LEVELLAND, TX 79336
Phone: 432-366-0707
Fax: 432-366-0007
Email: blazer0623@yahoo.com

BAKER HUGHES
Attn: President and General Counsel
PO BOX 301057
DALLAS, TX 75303-1057
Phone: 281-276-5400
Fax: 281-275-7393
Email: Melissa.mclerran@bakerhughes.com

BAKER HUGHES
Melissa McLerran
17021 Aldine Westfield
Houston, TX 77073
Phone: 281- 276-5400
Fax: 281-275-7393
Email: Melissa.mclerran@bakerhughes.com

Banc of America Leasing and Capital, LLC
Attn: President and General Counsel
PO BOX 100916
ATLANTA, GA 30384-0916
Phone: 415-765-7390
Fax: 415-765-7418
Email:

Banc of America Leasing and Capital, LLC
Attn: President and General Counsel
555 California Street 4th Floor
San Francisco, CA 94104
Phone: 415- 765-7390
Fax: 415-765-7418
Email:

BISHOP PETROLEUM INC
Attn: President and General Counsel
5900 Memorial Drive SUITE 216B
Houston, TX 77007
Phone: 713- 862-4775
Fax:
Email: bpikathy@swbell.net

BUFFALO OILFIELD SUPPLY LLC
Attn: President and General Counsel
11368 Lovington Hwy
Artesia, NM 88210
Phone: 575- 746-6652
Fax: 575-748-8632
Email: info@buffalo-supply.com

BUFFALO OILFIELD SUPPLY LLC
Attn: President and General Counsel
PO BOX 372
ARTESIA, NM 88211-0372
Phone: 575-746-6652
Fax: 575-748-8632
Email: info@buffalo-supply.com

C & J SPEC RENT SERVICES INC
Attn: Ashley Angeles
3990 Rogerdale
Houston, TX 77042
Phone: 713- 325-6277
Fax: 713-325-5913
Email: ashley.angeles@cjes.com

C & J SPEC RENT SERVICES INC
Attn: President and General Counsel
PO BOX 671590
DALLAS, TX 75267-1590
Phone: 713-325-6277
Fax: 713-325-5913
Email: ashley.angeles@cjes.com

CAMPBELL COUNTY TREASURER
Attn: President and General Counsel
PO BOX 1027
GILLETTE, WY 82717-1027
Phone: 307-682-7268
Fax:
Email: BECKY@CCGOV.NET

CAMPBELL COUNTY TREASURER
Attn: President and General Counsel
500 S. Gillette Ave Suite 1700
Gillette, WY 82716
Phone: 307- 682-7268
Fax:
Email: BECKY@CCGOV.NET

CENTRAL VALLEY ELECTRIC COOP
Attn: President and General Counsel
PO BOX 230
ARTESIA, NM 88211-0230
Phone: 575-746-3571
Fax: 575-746-4219
Email: WadeNelson@cvecoop.org

CENTRAL VALLEY ELECTRIC COOP
Attn: Wade Nelson
1403 N. 13th St.
Artesia, NM 88210
Phone: 575- 746-3571
Fax: 575-746-4219
Email: WadeNelson@cvecoop.org

CHESAPEAKE EXPLORATION LLC
Attn: President and General Counsel
6100 North Western Avenue
Oklahoma City, OK 73118
Phone: 405- 848-8000
Fax: 405-848-2974
Email:

CHESAPEAKE EXPLORATION LLC
Attn: President and General Counsel
PO BOX 650841
DALLAS, TX 75265-0841
Phone: 405- 848-8000
Fax: 405-848-2974
Email:

CITATION OIL & GAS CORP
Attn: President and General Counsel
14077 Cutten Road
Houston, TX 77069-2212
Phone: 281- 517-7800
Fax: 281-580-2140
Email: dcerny@cogc.com

CITATION OIL & GAS CORP
Attn: President and General Counsel
P O BOX 200206
DALLAS, TX 75320-0206
Phone: 281-517-7800
Fax: 281-580-2140
Email: dcerny@cogc.com

COASTAL CHEMICAL CO LLC
Attn: President and General Counsel
3520 Veterans Memorial Drive
Abbeville, LA 70510
Phone: 337- 898-0001
Fax: 337-892-1185
Email:

COASTAL CHEMICAL CO LLC
Attn: President and General Counsel
DEPARTMENT 2214 PO BOX 122214
DALLAS, TX 75312-2214
Phone: 337-898-0001
Fax: 337-892-1185
Email:

DIAMONDBACK E&P LLC
Attn: President and General Counsel
DEPT 96-0523
OKLAHOMA CITY, OK 73196-0523
Phone: 866-949-6476
Fax:
Email: ap@diamondbackenergy.com

DIAMONDBACK E&P LLC
Attn: President and General Counsel
500 West Texas Ave Suite 1200
Midland, TX 797701
Phone: 866- 949-6476
Fax:
Email: ap@diamondbackenergy.com

DNOW LP
Attn: President and General Counsel
P.O. BOX 200822
DALLAS, TX 75320-0822
Phone: 307-856-6533
Fax: 713-237-3300
Email: cp1@dnow.com; ap@now.com

DNOW LP
Attn: Robert Workman, CEO
7402 N Eldridge Pkwy
Houston, TX 77041
Phone: 307- 856-6533
Fax: 713-237-3300
Email: cp1@dnow.com
ap@dnow.com

ENERFLEX ENERGY SYSTEMS INC
Attn: President and General Counsel
10815 Telge Road
Houston, TX 77095
Phone: 281- 345-9300
Fax: 281-345-7434
Email: usa@enerflex.com

ENVIRONMENTAL PLUS INC
Attn: President and General Counsel
2100 Ave O
Eunice, NM 88231
Phone: 575- 394-3481
Fax: 575-394-2601
Email:

ENVIRONMENTAL PLUS INC
Attn: President and General Counsel
PO BOX 1558 2100 AVE O
EUNICE, NM 88231-0000
Phone: 575-394-3481
Fax: 575-394-2601
Email:

GREEN MOUNTAIN ENERGY (75312)
Attn: President and General Counsel
1303 San Antonio Street Suite 700
Austin, TX 78701
Phone: 512- 691-6100
Fax: 512-691-6353
Email: gmecbizcare@greenmountain.com

GREEN MOUNTAIN ENERGY (75312)
Attn: President and General Counsel
DEPT 1233 PO BOX 121233
DALLAS, TX 75312-1233
Phone: 866-280-3603
Fax: 512-691-6353
Email: gmecbizcare@greenmountain.com

HALLIBURTON ENERGY SVCS INC
Attn: President and General Counsel
14851 Milner Road Gate 5A
Houston, TX 77032
Phone: 505- 392-6531
Fax: 281-449-1603
Email:

HALLIBURTON ENERGY SVCS INC
Attn: President and General Counsel
PO BOX 301341
DALLAS, TX 75303-1341
Phone: 505-392-6531
Fax: 281-449-1603
Email:

HARRISON INTERESTS LTD
Attn: Helen Hurley
712 Main Street Suite 1900
Houston, TX 77002-3220
Phone: 713- 228-5911
Fax: 713-632-1320
Email: hurley@harrisoninterests.com

IN RE VANGUARD NATURAL RESOURCES BONDHOLDER
LITIGATION
Attn: Jay W. Eisenhofer; Gordon Z. Novod; David M.
Haendler
GRANT & EISENHOFER P.A.
485 Lexington Avenue; 29th Fl
New York, NY 10017
Phone: 646- 722-8500
Fax: 646-722-8501
Email: jeisenhofer@gelaw.com
gnovod@gelaw.com

IN RE VANGUARD NATURAL RESOURCES BONDHOLDER
LITIGATION
Attn: Mark C. Gardy; James S. Notis; Meagan Farmer
Grady & Notis, LLP Tower 56, 126 E 5th St, 8th Fl
New York, NY 10022
Phone: 212-905-0509
Fax: 212-905-0508
Email: mgardy@gardylaw.com
jnotis@gardylaw.com
mfarmer@gardylaw.com

JOHNSON COUNTY CLERK
Attn: President and General Counsel
76 N Main Street
Buffalo, WY 82834
Phone: 307- 684-7302
Fax: 307-684-9118
Email: treasurer2@johnsoncowy.us

LIME ROCK RESOURCES OPERATING
Attn: President and General Counsel
Heritage Plaza 1111 BAGBY ST #4700A
Houston, TX 77002
Phone: 713- 292-9500
Fax:
Email: astone@lrpartners.com
gs@lrpartners.comers.com

MULTI-CHEM GROUP LLC
Attn: President and General Counsel
2905 Southwest Boulevard
San Angelo, TX 76904
Phone: 325- 223-6200
Fax: 325-942-7500
Email:

MULTI-CHEM GROUP LLC
Attn: President and General Counsel
PO BOX 301341
DALLAS, TX 75303-1341
Phone: 325-223-6200
Fax: 325-942-7500
Email:

NEWFIELD EXPLORATION MID-CONTINENT INC.
Attn: President and General Counsel
101 East 2nd Street South One Williams Center, Ste
1900
Tulsa, OK 74172
Phone: 918- 582-2757
Fax: 918-582-2690
Email: aphouston@newfield.com

NEWFIELD EXPLORATION MID-CONTINENT INC.
Attn: President and General Counsel
P. O. BOX 204370
DALLAS, TX 75320-4370
Phone: 918-582-2690
Fax: 918-582-2690
Email: aphouston@newfield.com

NORTHERN PRODUCTION CO INC
Attn: President and General Counsel
701 Sinclair St
Gillette, WY 82718
Phone: 307- 682-5708
Fax: 307-682-5530
Email: norther@vcn.com
office@npcrigs.com

NORTHERN PRODUCTION CO INC
Attn: President and General Counsel
PO BOX 205746
DALLAS, TX 75320-5746
Phone: 307-682-5708
Fax: 307-682-5530
Email: norther@vcn.com; office@npcrigs.com

OIL STATES ENERGY SERVICES LLC
Attn: President and General Counsel
20 Gammage Road
Ellisville, MS 39437
Phone: 601- 425-1949
Fax: 601-428-7570
Email:

OIL STATES ENERGY SERVICES LLC
Attn: President and General Counsel
PO BOX 203567
DALLAS, TX 75320-3567
Phone: 601-425-1949
Fax: 601-428-7570
Email:

P2ES HOLDINGS, INC.
Attn: President and General Counsel
1670 Broadway Suite 2800
Denver, CO 80202
Phone: 303- 292-0990
Fax: 303-292-1812
Email:

P2ES HOLDINGS, INC.
Attn: President and General Counsel
PO BOX 912692
DENVER, CO 80291-2692
Phone: 303-292-0990
Fax: 303-292-1812
Email:

PARKER & SON INC
Attn: President and General Counsel
88 Nicholas Avenue
Atmore, AL 36504
Phone: 251- 368-3737
Fax: 251-368-4906
Email: linda@parkerandsoninc.com

PARKER & SON INC
Attn: President and General Counsel
PO BOX 616
ATMORE, AL 36504
Phone: 251-368-3737
Fax: 251-368-4906
Email: linda@parkerandsoninc.com

RADICAL SPECIALTIES
Attn: President and General Counsel
2550 Fm 669
Post, TX 79356
Phone: 806- 629-4535
Fax: 806-629-4548
Email: radicalspecialties@gmail.com

RADICAL SPECIALTIES
Attn: President and General Counsel
PO BOX 760
POST, TX 79356
Phone: 806-629-4535
Fax: 806-629-4548
Email: radicalspecialties@gmail.com

REEF SERVICES LLC
Attn: President and General Counsel
7906 W Hwy 80
Midland, TX 79706
Phone: 325- 573-1133
Fax: 432-560-5633
Email:

REEF SERVICES LLC
Attn: President and General Counsel
PO BOX 203187 DEPT 18703
DALLAS, TX 75320
Phone: 325-573-1133
Fax: 432-560-5633
Email:

ROCKIES EXPRESS PIPELINE LLC
Attn: President and General Counsel
370 VAN GORDON STREET
LAKEWOOD, CO 80228-1519
Phone: 307- 232-4422
Fax: 713-369-9235
Email: nate.lien@tallgrassenergylp.com

ROCKWATER ROCKIES LLC
Attn: President and General Counsel
9160 Interstate 20 Frontage Rd
Odessa, TX 79763
Phone: 432- 381-6190
Fax: 432-381-6192
Email: arremitfm@rockwaterenergy.com

ROCKWATER ROCKIES LLC
Attn: President and General Counsel
PO BOX 203187 DEPT 18707
DALLAS, TX 75320
Phone: 800-213-7569
Fax: 432-381-6192
Email: arremitfm@rockwaterenergy.com

ROCKY MOUNTAIN POWER
Attn: President and General Counsel
1407 W North Temple
Salt Lake City, UT 84116
Phone: 503- 813-6722
Fax: 801-220-3116
Email: acctspayhelp@PacifiCorp.com

ROCKY MOUNTAIN POWER
Attn: President and General Counsel
PO BOX 26000
PORTLAND, OR 97256-0001
Phone: 888-221-7070
Fax: 801-220-3116
Email:

SALAZAR SERVICE & TRUCKING
Attn: President and General Counsel
5511 Starboard Drive
Midland, TX 79706
Phone: 432- 523-9658
Fax: 432-523-9633
Email: MARIA@SALAZARSERVICE.COM

SERVICE COMPRESSION LLC
Attn: President and General Counsel
2613 CO-OP Drive
Van Buren, AR 72956
Phone: 479- 474-5228
Fax: 479-474-5288
Email:

SEVEN LAKES TECHNOLOGIES INC
Attn: President and General Counsel
6046 Alexandra Court
Oak Park, CA 91377
Phone: 805- 242-4288
Fax:
Email: Sowmya.Murthy@sevenlakes.com
info@sevenlakes.com

SOUTHLAND ROYALTY COMPANY LLC
Attn: President and General Counsel
400 West Seventh Street
FT Worth, TX 76102
Phone: 817- 334-7800
Fax: 817-334-7889
Email: info@mspartners.com

STRIDE WELL SERVICE CO, INC
Attn: President and General Counsel
205 West Maple Avenue Suite 600
Enid, OK 73701
Phone: 940- 668-8344
Fax: 940-668-1085
Email:

STRIDE WELL SERVICE CO, INC
Attn: President and General Counsel
P O BOX 201846
DALLAS, TX 75320-1846
Phone: 580-242-7300
Fax: 940-668-1085
Email:

SUBLETTE COUNTY TREASURER
Attn: President and General Counsel
21 S. Tyler
Pinedale, WY 82941
Phone: 307- 376-4373
Fax: 307-367-3067
Email: roxanna.jensen@sublettewyo.com
info@sublettewyo.com

SUBLETTE COUNTY TREASURER
Attn: President and General Counsel
PO BOX 296
PINEDALE, WY 82941-0296
Phone: 307- 376-4373
Fax: 307-367-3067
Email: roxanna.jensen@sublettewyo.com
info@sublettewyo.com

SULZER CHEMTECH USA INC
Attn: President and General Counsel
8505 East North Belt Drive
Humble, TX 77396
Phone: 281- 441-5800
Fax: 281-291-0207
Email:

SULZER CHEMTECH USA INC
Attn: President and General Counsel
PO BOX 849923
DALLAS, TX 75284-9923
Phone: 281- 441-5800
Fax: 281-291-0207
Email:

SWEPI LP
Attn: Mhay Tangkeko
200 North Dairy Ashford Suite 8
Houston, TX 77079
Phone: 713- 241-6161
Fax: 713-230-3909
Email: mhay.tangkeko@shell.com

SWEPI LP
Attn: President and General Counsel
PO BOX 7247-6251
PHILADELPHIA, PA 19170-6251
Phone: 713- 241-6161
Fax: 713-230-3909
Email: mhay.tangkeko@shell.com

TRINITY ENVIRONMENTAL SWD LLC
Attn: President and General Counsel
13443 Highway 71 W Suite 200
Bee Cave, TX 78738
Phone: 512- 582-8050
Fax: 281-598-1072
Email: info@trinityenv.com

UMB Bank, N.A., Trustee
Attn: Mark Flannagan
1010 Grand Blvd. 4th Floor
Kansas City, MO 64106
Phone: 816- 860-3009
Fax: 816-860-3029
Email: Mark.Flannagan@umb.com

UPTON RESOURCES USA INC
Attn: President and General Counsel
3900 250-5th Avenue SW
Calgary, AB T2P 2V7
Canada
Phone: 403- 263-7373
Fax: 403-777-2609
Email:

UPTON RESOURCES USA INC
Attn: President and General Counsel
P O BOX 1450, STATION M
CALGARY, ALBERTA T2P 2L6
Canada
Phone: 403- 263-7373
Fax: 403-777-2609
Email:

VERSATILE OIL TOOLS
Attn: President and General Counsel
4823 W 42nd St
Odessa, TX 79764
Phone: 432- 381-3334
Fax: 432-385-0559
Email: kimberly-ward@clearwire.net

VERSATILE OIL TOOLS
Attn: President and General Counsel
PO BOX 80310
MIDLAND, TX 79708
Phone: 432-381-3334
Fax: 432-385-0559
Email:

VIVA ENERGY SERVICES LLC
Attn: President and General Counsel
700 Avenue E
Odessa, TX 79763
Phone: 432- 552-0800
Fax: 432-552-0900
Email: davidjr@burkroyalty.com

VIVA ENERGY SERVICES LLC
Attn: President and General Counsel
PO BOX 4437
ODESSA, TX 79760-4437
Phone: 432-552-0800
Fax: 432-552-0900
Email:

Wilmington Trust, National Association
Attn: Rita Marie Ritrovato
1100 North Market Street
Wilmington, DE 19890-1605
Phone: 302- 636-5137
Fax: 302-636-4130
Email: rritrovato@wilmingtontrust.com

XCEL ENERGY
Attn: President and General Counsel
P O BOX 9477
MINNEAPOLIS, MN 55484-9477
Phone: 800-895-4999
Fax: 800-311-0050
Email: customerservice@xcelenergy.com

XCEL ENERGY
Attn: President and General Counsel
414 Nicollet Mall
Minneapolis, MN 55401
Phone: 612- 330-5500
Fax: 800-311-0050
Email: customerservice@xcelenergy.com