ENTERED
03/20/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| VANGUARD NATURAL RESOURCES, LLC, *et al.*,[1] | § § § | Case No. 17-30560 |
| | § | (Jointly Administered) |
| Debtors. | § § | |

### ORDER CONTINUING THE FINAL HEARING REGARDING THE DEBTORS' DEBTOR-IN-POSSESSION MOTION [DOCKET NO. 10]

The final hearing for the *Debtors' Emergency Motion for Entry of Interim and Final Orders (i) Authorizing the Debtors to (a) Obtain Postpetition Senior Secured Superpriority Financing and (b) Use Cash Collateral, (ii) Granting Adequate Protection to Prepetition Secured Parties, (iii) Modifying the Automatic Stay, (iv) Scheduling a Final Hearing, and (v) Granting Related Relief* [Docket No. 10] currently scheduled for 10:00 a.m. (prevailing Central Time) on March 20, 2017 is continued to April 5, 2017 at 9:00 a.m. (prevailing Central Time), without prejudice to the Debtors' right to further adjourn it with notice on the docket in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, as applicable.

Dated: 3-20, 2017
Houston, Texas

HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Vanguard Natural Resources, LLC (1161); Eagle Rock Acquisition Partnership, L.P. (6706); Eagle Rock Acquisition Partnership II, L.P. (0903); Eagle Rock Energy Acquisition Co., Inc. (4564); Eagle Rock Energy Acquisition Co. II, Inc. (3364); Eagle Rock Upstream Development Company, Inc. (0113); Eagle Rock Upstream Development Company II, Inc. (7453); Encore Clear Fork Pipeline LLC (2032); Escambia Asset Co. LLC (3869); Escambia Operating Co. LLC (2000); Vanguard Natural Gas, LLC (1004); Vanguard Operating, LLC (9331); VNR Finance Corp. (1494); and VNR Holdings, LLC (6371). The Debtors' service address is: 5847 San Felipe, Suite 3000, Houston, Texas 77057.