IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| VANGUARD NATURAL RESOURCES, | § | CASE NO. 17-30560 |
| LLC, *et al*,[1] | § | (Chapter 11) |
|    Debtors | § | (Jointly Administered) |
| | § | JUDGE ISGUR |
| | § | |
| BRYAN COTY MCDONALD and | § | |
| MEGANN MCDONALD, | § | Hearing Date: April 18, 2017 |
| INDIVIDUALLY, and as NEXT FRIENDS | § | |
| OF BKH, a Minor, and KLM, a Minor | § | Hearing Time: 11:00 a.m. |
|    Movants | § | |
| | § | |
| VS. | § | Courtroom: 404 |
| | § | |
| VANGUARD NATURAL RESOURCES, | § | |
| LLC, F/K/A EAGLE ROCK ENERGY | § | |
| PARTNERS, LP. AND ESCAMBIA | § | |
| OPERATING COMPANY, LLC. | § | |
|    Debtors | § | |

## NOTICE OF RESET HEARING

PLEASE TAKE NOTICE THAT A HEARING HAS BEEN RESET ON THE MATTER(S) REFERENCED BELOW AT THE TIME AND PLACE SHOWN.

TYPE OF HEARING: **Bryan Coty McDonald's Motion for Relief from Stay (DOCKET ENTRY NO. 431)**

DATE OF HEARING: **April 18, 2017**

TIME OF HEARING: **11:00 A.M.**

PLACE OF HEARING: **THE HONORABLE BANKRUPTCY JUDGE MARVIN ISGUR COURTROOM #404, 4th FLOOR 515 RUSK HOUSTON, TEXAS 77002**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Vanguard Natural Resources, LLC (1161); Eagle Rock Acquisition Partnership, L.P. (6706); Eagle Rock Acquisition Partnership II. L.P. (0903); Eagle Rock Energy Acquisition Co., Inc. (4564); Eagle Rock Energy Acquisition Co. II, Inc. (3364); Eagle Rock Upstream Development Company, Inc. (0113); Eagle Rock Upstream Development Company II, Inc. (7453); Encore Clear fork Pipeline LLC (2032); Escambia Asset Co., LLC (3869); Escambia Operating Co. LLC (2000); Vanguard Natural Gas, LLC (1004); Vanguard Operating, LLC (9331); VNR Finance corp. (1494); VNR Holdings, LLC (6371); The location of the Debtors' service address is: 5847 San Felipe, Suite 3000, Houston, Texas 77057.

Respectfully submitted this 30th day of March, 2017.

**Cooper & Scully, PC.**

By: _/s/   Julie M. Koenig_
        Julie M. Koenig
        SBA# 14217300
        Fed Id# 10396
        815 Walker, Suite 1040
        Houston, Texas 77002
        713/236-6800 (Telephone)
        713/236-6880 (Telecopier)
        Julie.Koenig@cooperscully.com

Attorneys for the Movant

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been served by Erika Ortiz, a paralegal in my office, on all of the parties on the attached service list via either ECF notification or by first class mail, proper postage affixed, on the 30th day of March, 2017.

By: _/s/  Julie M. Koenig_
        Julie M. Koenig

**EXHIBIT A**

**Master Service List**

2

2002 Parties

Counsel to Ad Hoc Equity Committee
Gardere Wynne Sewell LLP
Attn: Holland N. O'Neil
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Phone: 214-999-4961
Fax: 214-999-3961
Email: honeil@gardere.com

Counsel to Ad Hoc Equity Committee
Gardere Wynne Sewell LLP
Attn: John P. Melko, Sharon Beausoleil, Michael K.
Riordan, Sean T. Wilson
1000 Louisiana, Suite 2000
Houston, TX 77002
Phone: 713-276-5500
Fax: 713-276-5555
Email: jmelko@gardere.com, sbeausoleil@gardere.com
mriordan@gardere.com, swilson@gardere.com

Counsel to Archrock Partners Operating LLC and
Archrock Services LP
Anderson, Lehrman, Barre & Maraist, LLP
Attn:  Kevin M. Maraist & Michelle K. Ostrye
Gaslight Square
1001 Third Street, Ste. 1
Corpus Christi, TX 78404
Phone: 361-884-4981
Fax: 361-884-1286
Email: kmaraist@albmlw.com; mostrye@albmlaw.com

Counsel to Anadarko Petroleum Corporation
Winston & Strawn LLP
Attn: Lydia T. Protopapas
1111 Louisiana, 25th Floor
Houston, TX 77002
Phone: 713-651-2600
Fax: 713-651-2700
Email: lprotopapas@winston.com

Counsel to Andrews County Tax Office, Andrews
Independent School District, Borden County Appraisal
District, Buena Vista Independent School District,
Cochran County Tax Office, Coke County Tax Office,
Gaines County Appraisal District, Hockley County Tax
Office, Schleicher County Tax Office, Scurry County Tax
Office, Wink-Loving Independent School District,
Yoakum County Tax Office
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Laura J. Monroe
P.O. Box 817
Lubbock, TX 79408
Phone: 806-744-5091
Fax: 806-744-9953
Email: lmbkr@pbfcm.com

Counsel to Atascosa County, Crane County, Pecos
County, Reeves County, Val Verde County, Ward
County, Winkler County
Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
711 Navarro Street, Ste 300
San Antonio, TX 78205
Phone: 210-225-6763
Fax: 210-225-6410
Email: sanantonio.bankruptcy@publicans.com

Counsel to Baird FBT, LLC
Choate Law Firm, PLLC
Attn: Thomas W. Choate, Matthew W. Choate
PO Box 206
Abilene, TX 79604
Phone: 325-672-5070
Fax: 325-672-5073
Email: tomchoate@choatelaw.com,
mwchoate@choatelaw.com

Counsel to Basic Energy Services, LP, Flowco Production
Solutions and Key Energy Services, Inc.
Doré Law Group, P.C.
Attn: Zachary S. McKay
17171 Park Row Suite 160
Houston, TX 77084
Phone: 281-829-1555
Fax: 281-200-0751
Email: zmckay@dorelawgroup.net

Counsel to Blackwell CISD
Perdue, Brandon, Fielder, Collins & Mott, LLP
Attn:  Elizabeth Banda Calvo & Eboney Cobb
500 E. Border Street,
Suite 640
Arlington, TX 76010
Phone: 817-461-3344
Fax: 817-860-6509
Email: ecobb@pbfcm.com

Counsel to Channelview Independent School District,
Tomball Independent School District, Burkeville
Independent School District, Austin County Appraisal
District and Waller County Tax Office
Perdue, Brandon, Fielder, Collins & Mott, LLP
Attn:  Owen M. Sonik
1235 North Loop West, Suite 600
Houston, TX  77008
Phone: 713-862-1860
Fax: 713-862-1429
Email: osonik@pbfcm.com

Counsel to Colorado County, Fayette County, La Joya
Independent School District, and Edinburg
Consolidated Independent School District
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: John T. Banks
3301 Northland Drive
Suite 505
Austin, TX 78731
Phone: 512-302-0190
Fax: 512-302-1802
Email: jbanks@pbfcm.com

Counsel to Continuum Midstream, LLC
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
Attn: Steven W. Soulé
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
Phone: 918-594-0400
Fax: 918-594-0505
Email: ssoule@hallestill.com

Counsel to Davis Gas Processing, Inc. and Stump Rock,
LLC
Kelly, Morgan, Dennis, Corzine & Hansen, P.C.
Attn: Michael G. Kelly
PO Box 1311
Odessa, TX 79760-1311
Phone: 432-367-7271
Fax: 432-363-9121
Email: mkelly@kmdfirm.com

Counsel to Doyle Hartman and Margaret Hartman
Searcy & Searcy, P.C.
Attn: Jason R. Searcy
PO Box 3929
Longview, TX 75606
Phone: 903-757-3399
Fax: 903-757-9559
Email: jsearcy@jrsearcylaw.com;
joshsearcy@jrsearcylaw.com;
ccsearcy@jrsearcylaw.com

Counsel to Encana Oil & Gas (USA) Inc.
Gray Reed & McGraw LLP
Attn:  Jason S. Brookner & James J. Ormiston
1300 Post Oak Road
Suite 2000
Houston, TX 77056
Phone: 713-986-7000
Fax: 713-986-7100
Email: jbrookner@grayreed.com;
jormiston@grayreed.com

Counsel to Encana Oil & Gas (USA) Inc.
Attn:  Lydia R. Webb
1601 Elm Street
Suite 4600
Dallas, TX 75201
Phone: 214-954-4135
Fax: 214-953-1332
Email: lwebb@grayreed.com

Counsel to England Resources Corporation, Medicine Bow Land Company LLC, Nico Resources, LLC, Horizon Royalties, LLC, Red Crown Royalties LLC, England Energy LLC, Princeton Energy LLC, Wontok LLC, Epic Resources, LLC, Odyssey Royalties, LLC, Morse Energy Partners LLC, and KAB Acquisition LLP V
Husch Blackwell, LLP
Attn:  Stephen W. Lemmon
111 Congress Avenue, Suite 1400
Austin, TX 78701
Phone: 512-472-5456
Fax; 512-479-1101
Email: stephen.lemmon@huschblackwell.com

Counsel to Enterprise FM Trust
Johnson Deluca Kurisky & Gould, P.C.
4 Houston Center
1221 Lamar, Suite 1000
Houston, TX 77010
Phone: 713-652-2525
Fax: 713-652-5130
Email: gkurisky@jdkglaw.com

Counsel to the Estate of Joshua Stewart Meadows
Law Office of John B. Meadows
Attn: John B. Meadows
9065 Jollyville Road, Suite 201
Austin, TX 78759
Phone: 512-346-5727
Fax: 512-346-5775
Email: jbmlaw@swbell.net

Counsel to The Hanover Insurance Company
Strasburger & Price LLP
Attn: Gina D. Shearer
2600 Dallas Parkway, Suite 600
Frisco, TX 75034
Phone: 469-287-3914
Fax: 469-227-6588
Email: gina.shearer@strasburger.com

Counsel to The Hanover Insurance Company
Strasburger & Price LLP
Attn: Duncan Clore
901 Main Street
Suite 6000
Dallas, TX 75202
Phone: 214-651-4550
Fax: 214-659-4109
Email: duncan.clore@strasburger.com

Counsel to Harris County
Linebarger Goggan Blair & Sampson, LLP
Attn: John P. Dillman
PO Box 3064
Houston, TX 77253-3064
Phone: 713-844-3400
Fax: 713-844-3503
Email: houston_bankruptcy@publicans.com

Counsel to J-W Power Company
Miller Mentzer Walker, P.C.
Attn: Julie A. Walker
100 N. Main St. PO Box 130
Palmer, TX 75152
Phone: 972-845-2222
Fax: 214-764-6676
Email: jwalker@milmen.com

Counsel to Markwest Oklahoma Gas Company, LLC
Snell & Wilmer L.L.P.
Attn: Brian P. Gaffney
1200 Seventeenth Street Suite 1900
Denver, CO 80202
Phone: 303-634-2000
Fax: 303-634-2020
Email: bgaffney@swlaw.com

Counsel to Metzger Investments
Metzger & McDonald PLLC
Attn: Steven C. Metzger
3626 N. Hall Street, Suite 800
Dallas, TX 75219-5133
Phone: 214-740-5030
Fax: 214-224-7555
Email: smetzger@pmklaw.com

Counsel Mississippi Department of Revenue
Mississippi Department of Revenue
Attn: James L. Powell
PO Box 22828
Jackson, MI 39225-2828
Phone: 601-923-7412
Fax: 601-923-7423
Email: jim.powell@dor.ms.gov

Counsel to Newfield Exploration Mid-Continent, Inc.
Thompson & Knight LLP
Attn: Tye C. Hancock, Anthony F. Pirraglia
333 Clay Street, Sutie 3300
Houston, TX 77002
Phone: 713-654-8111
Fax: 713-654-1872
Email: Tye.Hancock@tklaw.com,
Anthony.Pirraglia.@tklaw.com

Counsel to O.L. Smith, Jr.
Ritchenson, Lauffer & Vincent, P.C.
Attn: Charles E. Lauffer, Jr.
821 ESE Loop 323, Suite 530
Tyler, TX
Phone: 903-535-2900
Fax: 903-533-8646
Email: charlesl@rllawfirm.net

Counsel to PacifiCorp d/b/a Rocky Mountain Power
Parenti Law, PLLC
Attn:  Meredith B. Parenti
7500 San Felipe
Suite 600
Houston, TX 77063
Phone: 281-857-6920
Fax: 281-605-5677
Email: meredith@parentilaw.com

Counsel to Rockies Express Pipeline LLC
Sidley Austin LLP
Attn: Duston K. McFaul & Michael Fishel
1000 Louisiana Street, Suite 6000
Houston, TX 77002
Phone: 713-495-4500
Fax: 713-495-7799
Email: dmcfaul@sidley.com; mfishel@sidley.com

Counsel to Rockies Express Pipeline LLC
Sidley Austin LLP
Attn: Kenneth W. Irvin & David E. Kronenberg
1501 K Street, N.W.
Washington, DC 20005
Phone: 202-736-8000
Fax: 202-736-8711
Email: kirvin@sidley.com; dkronenberg@sidley.com

Counsel to Rusk County, Cherokee CAD, Eustace ISD,
Rains County AD, and Van Zandt CAD
Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
Phone: 214-880-0089
Fax: 469-221-5003
Email: dallas.bankruptcy@publicans.com

Counsel to San Patricio County, Live Oak CAD, De Witt
County, Franklin ISD, Hidalgo County, Robertson
County, Nueces County, Limestone County
Linebarger Goggan Blair & Sampson, LLP
Attn: Diane W. Sanders
PO Box 17428
Austin, TX 78760-7428
Phone: 512-477-6675
Fax: 512-443-5114
Email: austin.bankruptcy@publicans.com

Cousnel to Sandra L. Shippey
Procopio, Cory, Hargreaves & Savitch LLP
Attn: Gerald P. Kennedy
525 B Street, Suite 2200
San Diego, CA 92101
Phone: 619-238-1900
Fax: 619-235-0398
Email: gerald.kennedy@procopio.com

Counsel to Seitel Data, Ltd. and Seitel Canada Ltd.
f/k/a Olympic Seismich Ltd.
Strasburger & Price, LLP
Attn: Duane J. Brescia
720 Brazos, Suite 700
Austin, TX 78701
Phone: 512-499-3647
Fax: 512-499-3660
Email: duane.brescia@strasburger.com;
carrie.douglas@strasburger.com

Counsel to Seitel Data, Ltd. and Seitel Canada Ltd.
f/k/a Olympic Seismich Ltd.
Strasburger & Price, LLP
Attn: Andrew Edson
901 Main Street, Suite 4400
Dallas, TX 75201-3794
Phone: 214-651-2047
Fax: 214-651-4330
Email: andrew.edson@strasburger.com,

Southland Royalty Company LLC
Kelly Hart & Hallman LLP
Attn:  Katherine T. Hopkins
201 Main Street
Suite 2500
Fort Worth, TX 76102
Phone: 817-332-2500
Fax: 817-878-9280
Email: katherine.hopkins@kellyhart.com

Counsel to Summit Midstream Partners, LLC
Akerman LLP
Attn:  John E. Mitchell, Esq.
2001 Rose Avenue
Suite 2550
Dallas, TX 75201
Phone: 214-720-4300
Fax: 214-981-9339
Email: john.mitchell@akerman.com

Counsel to Summit Midstream Partners, LLC
Akerman LLP
Attn:  Amy M. Leitch
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3646
Phone: 904-798-3700
Fax: 904-798-3730
Email: amy.leitch@akerman.com

Counsel to T. Baker Smith, LLC
Allen & Gooch, A Law Corporation
Attn:  Cade Evans
2000 Kaliste Saloom Road
Suite 400
Lafayette, LA 70508
Phone: 337-291-1660
Fax: 337-291-1665
Email: CadeEvans@allengooch.com

Counsel to Targa Pipeline Mid-Continent LLC
Law office of Patricia Williams Prewitt
Attn: Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX 77868
Phone: 936-825-8705
Fax: 713-583-2833
Email: pwp@pattiprewittlaw.com

TP-SWDW CO, LC
Field, Manning, Stone, Hawthorne & Aycock, P.C.
Attn: Dax D. Voss
2112 Indiana Avenue
Lubbock, TX 79410
Phone: 806-792-0810
Fax: 806-792-9148
Email: dvoss@lubbocklawfirm.com

Counsel to The Texas Ad Valorem Taxing
Jurisdisctions and the County of Eastland, Texas
McCreary, Veselka, Bragg & Allen, P.C.
Attn: Lee Gordon
PO Box 1269
Round Rock, TX 78680
Phone: 512-323-3200
Fax: 512-323-3205

Counsel to the Independent Directors of Board of
Vanguard Natural Resources, LLC
Andrews Kurth Kenyon LLP
Attn: Robin Russell, Timothy A. Davidson II,
Joseph W. Buoni
600 Travis, Sutie 4200
Houston, TX 77002
Phone: 713-220-4200
Fax: 713-220-4285
Email: rrussell@andrewskurth.com;
taddavidson@andrewskurth.com;
josephbuoni@andrewskurth.com

Counsel to XTO Energy, Inc.
Forshey & Prostok, LLP
Attn: J. Robert Forshey, Suzanna K. Rosen, Lynda L.
Lankford
777 Main Street, Suite 1290
Forth Worth, TX 76102
Phone: 817-877-8855
Fax: 817-877-4151
Email: bforshey@forsheyprostok.com,
srosen@forsheyprostok.com,
llankford@forsheyprostok.com

Claims and Noticing Agent

Claims Agent
Prime Clerk LLC
Attn: Josh Karotkin
830 3rd Ave Floor 9
New York, NY 10022
Phone: 212-257-5450
Fax: 646-328-2851
Email: vanguardteam@PrimeClerk.com
serviceqa@PrimeClerk.com

Debtors' Advisors

Financial Advisor
Opporutne LLP
Attn: Scott Anchin
10 East 53rd Street 33rd Floor
New York, NY 10022
Phone: 212-388-400
Fax:
Email: SAnchin@opportune.com
SHofner@opportune.com

Counsel to Debtors
Paul Hastings
Attn: James T. Grogan, Esq.; Danny Newman, Esq.
600 Travis St., 58th Floor
Houston, TX 77002
Phone: 713-860-7300
Fax: 713-353-2801
Email: jamesgrogan@paulhastings.com
dannynewman@paulhastings.com
brendangage@pauhastings.com

Counsel to Debtors
Paul Hastings
Attn: Chris L. Dickerson, Esq.; Todd M. Schwartz, Esq.
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
Phone: 312-499-6000
Fax: 312-499-6100
Email: chrisdickerson@paulhastings.com
toddschwartz@paulhastings.com

Debtors
Vanguard Natural Resources
Attn: Lisa Godfrey
5847 San Felipe, Suite 3000
Houston, TX 77057
Phone:
Fax:
Email: lgodfrey@vnrllc.com

Governmental Authorities

California Attorney General
State of California Attorney General
Attn:  Bankruptcy Dept
P.O. Box 944255
Sacramento, CA 94244-2550
Phone: 916-445-9555
Fax: 916-323-5341
Email:

Colorado Attorney General
State of Colorado Attorney General
Attn:  Bankruptcy Dept
Ralph L. Carr Colorado Judicial Center 1300 Broadway,
10th Floor
Denver, CO 80203
Phone: 720-508-6000
Fax: 720-508-6030
Email: Attorney.General@state.co.us

Comptroller of Public Accounts of the State of Texas
Assistant Attorney General
Attn: Joh Mark Stern
Bankruptcy & Collections Division MC 008 PO Box
12548
Austin, TX 78711-2548
Phone: 512-475-4868
Fax: 512-936-1409
Email: john.stern@oag.texas.gov

Counsel to Nacogdoches County Central Appraisal
District, Yantis ISD & Quitman ISD
Perdue, Brandon, Fielder, Collins & Mott, LLP
Attn: Tab Beall
305 S Broadway Ave, Ste 200 PO Box 2007
Tyler, TX 75702
Phone: 903-597-7664
Fax: 903-597-6298
Email: tbeall@pbfcm.com
tylbk@pbfcm.com

Environmental Protection Agency
Environmental Protection Agency
Office of General Counsel 2310A
USEPA William Jefferson Clinton Building North (WJC
North) 1200 Pennsylvania Avenue N.W.
Washington, DC 20004
Phone: 202-272-0167
Fax: 202-564-1778
Email:

Environmental Protection Agency - Region 6
Environmental Protection Agency
Attn: Bankruptcy Division
1445 Ross Avenue Ste 1200
Dallas, TX 75202
Phone: 214-665-6444
Fax: 214-665-2146
Email:

Illinois Attorney General
State of Illinois Attorney General
Attn:  Bankruptcy Dept
100 West Randolph Street
Chicago, IL 60601
Phone: 312-814-3000
Fax:
Email: webmaster@atg.state.il.us

IRS Insolvency Section
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346
Phone: 800-973-0424
Fax: 855-235-6787
Email:

IRS Insolvency Section
Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104-5016
Phone: 800-973-0424
Fax: 855-235-6787
Email:

Kansas Attorney General
State of Kansas Attorney General
Attn:  Bankruptcy Dept
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1597
Phone: 785-296-2215; 888-428-8436
Fax: 785-296-6296
Email:

Louisiana Attorney General
State of Louisiana Attorney General
Attn:  Bankruptcy Dept
P.O. Box 94095
Baton Rouge, LA 70804-4095
Phone: 225-326-6000
Fax:
Email: ConsumerInfo@ag.state.la.us

Michigan Attorney General
State of Michigan Attorney General
Attn:  Bankruptcy Dept
G. Mennen Williams Building, 7th Floor 525 W. Ottawa St.
Lansing, MI 48909-0212
Phone: 517-373-1110
Fax: 517-373-3042
Email: miag@michigan.gov

Montana Attorney General
State of Montana Attorney General
Attn:  Bankruptcy Dept
215 N Sanders, Third Floor PO Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
Email: contactdoj@mt.gov

New Mexico Attorney General
State of New Mexico Attorney General
Attn:  Bankruptcy Dept
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Phone: 505-827-6000
Fax: 505-827-5826
Email:

North Dakota Attorney General
State of North Dakota Attorney General
Attn:  Bankruptcy Dept
State Capitol 600 E Boulevard Ave Dept 125
Bismarck, ND 58505-0040
Phone: 701-328-2210
Fax:
Email: ndag@nd.gov

Oklahoma Attorney General
State of Oklahoma Attorney General
Attn:  Bankruptcy Dept
313 NE 21st Street
Oklahoma City, OK 73105
Phone: 405-521-3921
Fax: 405-521-6246
Email:

Securities and Exchange Commission
Attn: Angela Dodd
175 West Jackson Blvd.
Suite 900
Chicago, IL 60604
Phone: 312-353-7400
Email: dodda@sec.gov

Securities and Exchange Commission - Headquarters
Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549
Phone: 202-942-8088
Fax:
Email: secbankruptcy@sec.gov
NYROBankruptcy@sec.gov

Securities and Exchange Commission - Regional Office
Securities & Exchange Commission - Fort Worth Office
David Woodcock
Burnett Plaza 801 Cherry St Ste 1900, Unit 18
Fort Worth, TX 76102
Phone: 817-978-3821
Fax:
Email: dfw@sec.gov

Securities and Exchange Commission - Regional Office
Securities & Exchange Commission - NY Office
Attn: Bankruptcy Department
Brookfield Place 200 Vesey Street Ste 400
New York, NY 10281-1022
Phone: 212-336-1100
Fax:
Email: bankruptcynoticeschr@sec.gov

Texas Attorney General
State of Texas Attorney General
Attn:  Bankruptcy Dept
Capitol Station PO Box 12548
Austin, TX 78711-2548
Phone: 512-475-4868
Fax: 512-475-2994
Email: public.information@oag.state.tx.us

Texas Attorney General
Texas Attorney General
Civil Division
PO Box 12548
Austin, TX 78711-2548
Phone: 512-475-4868
Fax: 512-475-2994
Email:

United States Trustee Southern District of Texas
Office of the United States Trustee
Attn: Diane Livingstone
515 Rusk Street Suite 3516
Houston, TX 77002
Phone: 713-718-4650
Fax: 713-718-4670
Email: Diane.G.Livingstone@usdoj.gov

US Attorney for the Southern District of Texas
US Attorney for Southern District of Texas
Kenneth Magidson, Esq.
One Shoreline Plaza South Tower 800 N Shoreline Blvd
Ste 500
Corpus Christi, TX 78401
Phone: 361-888-3111
Fax: 713-718-3300
Email: usatxs.atty@usdoj.gov

U.S Department of Interior
United States Attorney's Office
Attn: Richard A. Kincheloe
Southern District of Texas
1000 Louisiana St, Suite 2300
Houston, TX 77002
Phone: 713-567-9422
Fax: 713-718-3033
Email: Richard.kincheloe@usdoj.gov

Utah Attorney General
State of Utah Attorney General
Attn:  Bankruptcy Dept
PO Box 142320
Salt Lake City, UT 84114-2320
Phone: 801-538-9600
Fax: 801-538-1121
Email: uag@utah.gov

Wyoming Attorney General
State of Wyoming Attorney General
Attn:  Bankruptcy Dept
123 Capitol Building 200 W. 24th Street
Cheyenne, WY 82002
Phone: 307-777-7841
Fax: 307-777-6869
Email:

Lenders and Indenture Trustees

Banc of America Leasing & Capital, LLC
Reed Smith, LLP
Attn: Lloyd A. Lim
811 Main Street Suite 1700
Houston, TX 77002
Phone: 713-469-3800
Fax: 713-469-3889
Email: llim@reedsmith.com

Banc of America Leasing & Capital, LLC
Reed Smith, LLP
Attn: Marsha A. Houston
355 S. Grand Ave. Suite 2900
Lost Angeles, CA 90071
Phone: 213-457-8000
Fax: 213-457-8080
Email: mhouston@reedsmith.com

Citibank, N.A., as administrative agent under Debtors'
first lien credit facility
Citigroup, Inc.
Attn:  Phillip Ballard
811 Main Street Suite 4000
Houston, TX 77002
Phone:
Fax:
Email: Phil.ballard@citi.com

Citibank, N.A., as administrative agent under Debtors'
first lien credit facility
Citigroup, Inc.
Attn: Sugam Mehta
388 Greenwich Street
New York, NY 10013
Phone:
Fax:
Email: Sugam.mehta@citi.com

Counsel to Citibank, N.A.
Weil, Gotshal & Manges LLP
Attn: Christopher M. López
700 Louisiana Street Suite 1700
Houston, TX 77002
Phone: 713-546-5000
Fax: 713-224-9511
Email: chris.lopez@weil.com

Counsel to Citibank, N.A.
Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Joseph H. Smolinsky  and Blaire
Cahn
767 Fifth Avenue
New York, NY 10153
Phone: 212-310-8000
Fax: 212-310-8007
Email: stephen.karotkin@weil.com
joseph.smolinsky@weil.com
blaire.cahn@weil.com

Counsel to Citibank, N.A., as administrative agent
Weil, Gotshal & Manges LLP
Attn: Courtney Marcus, Aaron S. Turner
200 Crescent Court, Suite 300
Dallas, TX 75201-6950
Phone: 214-746-7700
Fax: 214-746-7777
Email: Courtney.marcus@weil.com
aaron.turner@weil.com

Counsel to Citibank, N.A., as administrative agent
Weil, Gotshal & Manges LLP
Attn: Joseph Smolinsky, Blaire Cahn
767 Fifth Avenue
New York, NY 10153-0119
Phone: 212-310-8767
Fax: 212-310-8007
Email: Joseph.smolinsky@weil.com
blaire.cahn@weil.com

Counsel to Delaware Trust Company as Indenture
Trustee for Second Lien Notes
ROPES & GRAY LLP
Attn: Mark R. Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Phone: 212-841-8814
Fax: 646-728-1663
Email: Mark.Somerstein@ropesgray.com

Counsel to Delaware Trust Company as Indenture
Trustee for Second Lien Notes
ROPES & GRAY LLP
Attn: Patricia I. Chen
Prudential Tower 800 Boylston Street
Boston, MA 02199-3600
Phone: 617-951-7553
Fax: 617-235-9712
Email: Patricia.Chen@ropesgray.com

Counsel to the Ad Hoc Committee of Second Lien
Noteholders
Jackson Walker LLP
Attn: Matthew D. Cavenaugh
1401 McKinney Street Suite 1900
Houston, TX 77010
Phone: 713-752-4200
Fax: 713-752-4221
Email: mcavenaugh@jw.com

Counsel to the Ad Hoc Committee of Second Lien
Noteholders
Jackson Walker LLP
Attn :Monica S. Blacker
2323 Ross Avenue Suite 600
Dallas, TX 75201
Phone: 214-953-6000
Fax: 214-953-5822
Email: mblacker@jw.com

Counsel to the Ad Hoc Committee of Second Lien
Noteholders
Morrison & Foerster LLP
Attn: John Pintarelli, Jonathan I. Levine and Daniel J.
Harris
250 West 55th Street
New York, NY 10019-9601
Phone: 212-468-8000
Fax: 212-468-7900
Email: jonlevine@mofo.com
jpintarelli@mofo.com; dharris@mofo.com

Counsel to The Ad Hoc Committee of Senior
Noteholders and UMB Bank, National Association, as
Indenture Trustee
Milbank, Tweed, Hadley & McCloy LLP
Attn: Samuel A. Khalil and Andrew Leblanc
28 Liberty Street
New York, NY 10005
Phone: 212-530-5015
Fax: 212-822-5015
Email: skhalil@milbank.com; aleblanc@milbank.com

Counsel to The Ad Hoc Committee of Senior
Noteholders and UMB Bank, National Association, as
Indenture Trustee
Porter Hedges LLP
Attn: John F. Higgins and Eric M. English
1000 Main Street 36th Floor
Houston, TX 77002
Phone: 713-226-6000
Fax: 713-226-6248
Email: jhiggins@porterhedges.com;
eenglish@porterhedges.com

Counsel to the Ad Hoc Committee of Unsecured
Noteholders
Milbank, Tweed, Hadley & McCloy LLP
Attn: Samuel A. Khalil, Brian Kinney
28 Liberty Street
New York, NY 10005
Phone: 212-530-5000
Fax: 212-530-5219
Email: skhalil@milbank.com
bkinney@milbank.com

Indenture Trustee for Debtors' Second Lien Notes
Delaware Trust Company
Attn: Sandi Horwitz
2711 Centerville Road
Wilmington, DE 19808
Phone: 877-374-6020
Fax: 302-636-8666
Email: shorwitz@delawaretrust.com

Indenture trustee for Eagle Rock Senior Notes Due
2020 (EROC) - 8.375%
Wilmington Trust, National Association
Attn: Rita Marie Ritrovato
1100 North Market Street
Wilmington, DE 19890-1605
Phone: 302-636-5137
Fax: 302-636-4140
Email: rritrovato@wilmingtontrust.com

Indenture Trustee for VNR Senior Notes Due 2020 -
7.87%
UMB Bank, N.A.
Attn: Mark Flanagan
1010 Grand Blvd., 4th Floor
Kansas City, MO 64106
Phone: 816-860-3009
Fax: 816-860-3029
Email: Mark.Flannagan@umb.com

UMB Bank, National Association, as Indenture Trustee
for 7.875% Senior Notes due 2020
Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq & Benjamin D. Feder, Esq.
101 Park Avenue
New York, NY 10178
Phone: 212-808-7800
Fax: 212-808-7897
Email: KDWBankruptcyDepartment@KelleyDrye.com
ewilson@kelleydrye.com; bfeder@kelleydrye.com

Counsel to Wells Fargo Equipment Finance, Inc.
Winstead, PC
Attn: Sean B. Davis
1100 JPMorgan Chase Tower
600 Travis Street
Houston, TX 770002
Phone: 713-650-8400
Fax: 713-650-2400
Email: sbdavis@winstead.com

Counsel to Wilmington Trust, National Association, as
Indenture Trustee to the 8 3/8% Senior Notes due 2019
Cole Schotz P.C.
Attn: Michael D. Warner, Esq., Benjamin L. Wallen, Esq.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Phone: 817-810-5250
Fax: 817-810-5255
Email: mwarner@coleschotz.com;
bwallen@coleschotz.com

Counsel to Wilmington Trust, NA, as Indenture Trustee to
the 8 3/8% Senior Notes due 2019
Pryor Cashman, LLP
Attn: Seth H. Lieberman, Esq., & Patrick Sibley, Esq., &
Matthew W. Silverman, Esq.
7 Times Square
New York, NY 10036-6569
Phone: 212-421-4100
Fax: 212-326-0806
Email: slieberman@pryorcashman.com;
psibley@pryorcashman.com;
msilverman@pryorcashman.com

Top 50 Unsecured Creditors

1415 LOUISIANA INC
Gregory J. Armstrong, President
1415 LOUISIANA SUITE 3900
HOUSTON, TX 77002
Phone: 713- 739-6540
Fax: 713-520-1041
Email: info@wedgerealestateholdings.com

A & A TANK TRUCK CO.
Attn: President and General Counsel
576 SW Highway 2
Wilburton, OK 74578
Phone: 918- 465-3899
Fax: 918-465-4362
Email:

A & A TANK TRUCK CO.
Attn: President and General Counsel
PO BOX 732331
DALLAS, TX 75373-2331
Phone: 918-465-3899
Fax: 918-465-4362
Email:

ARCHROCK SERVICES, L.P.
Attn: President and General Counsel
16666 Northchase Drive
Houston, TX 77060
Phone: 281- 836-8155
Fax: 281-836-8316
Email:

ARCHROCK SERVICES, L.P.
Attn: President and General Counsel
PO BOX 201160
DALLAS, TX 75320-1160
Phone: 281- 836-8155
Fax: 281-836-8316
Email:

B&R TOOLS & SERVICE INC
Attn: President and General Counsel
PO BOX 998
LEVELLAND, TX 79336
Phone: 432-366-0707
Fax: 432-366-0007
Email: blazer0623@yahoo.com

BAKER HUGHES
Attn: President and General Counsel
PO BOX 301057
DALLAS, TX 75303-1057
Phone: 281-276-5400
Fax: 281-275-7393
Email: Melissa.mclerran@bakerhughes.com

BAKER HUGHES
Melissa McLerran
17021 Aldine Westfield
Houston, TX 77073
Phone: 281- 276-5400
Fax: 281-275-7393
Email: Melissa.mclerran@bakerhughes.com

Banc of America Leasing and Capital, LLC
Attn: President and General Counsel
PO BOX 100916
ATLANTA, GA 30384-0916
Phone: 415-765-7390
Fax: 415-765-7418
Email:

Banc of America Leasing and Capital, LLC
Attn: President and General Counsel
555 California Street 4th Floor
San Francisco, CA 94104
Phone: 415- 765-7390
Fax: 415-765-7418
Email:

BISHOP PETROLEUM INC
Attn: President and General Counsel
5900 Memorial Drive SUITE 216B
Houston, TX 77007
Phone: 713- 862-4775
Fax:
Email: bpikathy@swbell.net

BUFFALO OILFIELD SUPPLY LLC
Attn: President and General Counsel
11368 Lovington Hwy
Artesia, NM 88210
Phone: 575- 746-6652
Fax: 575-748-8632
Email: info@buffalo-supply.com

BUFFALO OILFIELD SUPPLY LLC
Attn: President and General Counsel
PO BOX 372
ARTESIA, NM 88211-0372
Phone: 575-746-6652
Fax: 575-748-8632
Email: info@buffalo-supply.com

C & J SPEC RENT SERVICES INC
Attn: Ashley Angeles
3990 Rogerdale
Houston, TX 77042
Phone: 713- 325-6277
Fax: 713-325-5913
Email: ashley.angeles@cjes.com

C & J SPEC RENT SERVICES INC
Attn: President and General Counsel
PO BOX 671590
DALLAS, TX 75267-1590
Phone: 713-325-6277
Fax: 713-325-5913
Email: ashley.angeles@cjes.com

CAMPBELL COUNTY TREASURER
Attn: President and General Counsel
PO BOX 1027
GILLETTE, WY 82717-1027
Phone: 307-682-7268
Fax:
Email: BECKY@CCGOV.NET

CAMPBELL COUNTY TREASURER
Attn: President and General Counsel
500 S. Gillette Ave Suite 1700
Gillette, WY 82716
Phone: 307- 682-7268
Fax:
Email: BECKY@CCGOV.NET

CENTRAL VALLEY ELECTRIC COOP
Attn: President and General Counsel
PO BOX 230
ARTESIA, NM 88211-0230
Phone: 575-746-3571
Fax: 575-746-4219
Email: WadeNelson@cvecoop.org

CENTRAL VALLEY ELECTRIC COOP
Attn: Wade Nelson
1403 N. 13th St.
Artesia, NM 88210
Phone: 575- 746-3571
Fax: 575-746-4219
Email: WadeNelson@cvecoop.org

CHESAPEAKE EXPLORATION LLC
Attn: President and General Counsel
6100 North Western Avenue
Oklahoma City, OK 73118
Phone: 405- 848-8000
Fax: 405-848-2974
Email:

CHESAPEAKE EXPLORATION LLC
Attn: President and General Counsel
PO BOX 650841
DALLAS, TX 75265-0841
Phone: 405- 848-8000
Fax: 405-848-2974
Email:

CITATION OIL & GAS CORP
Attn: President and General Counsel
14077 Cutten Road
Houston, TX 77069-2212
Phone: 281- 517-7800
Fax: 281-580-2140
Email: dcerny@cogc.com

CITATION OIL & GAS CORP
Attn: President and General Counsel
P O BOX 200206
DALLAS, TX 75320-0206
Phone: 281-517-7800
Fax: 281-580-2140
Email: dcerny@cogc.com

COASTAL CHEMICAL CO LLC
Attn: President and General Counsel
3520 Veterans Memorial Drive
Abbeville, LA 70510
Phone: 337- 898-0001
Fax: 337-892-1185
Email:

COASTAL CHEMICAL CO LLC
Attn: President and General Counsel
DEPARTMENT 2214 PO BOX 122214
DALLAS, TX 75312-2214
Phone: 337-898-0001
Fax: 337-892-1185
Email:

DIAMONDBACK E&P LLC
Attn: President and General Counsel
DEPT 96-0523
OKLAHOMA CITY, OK 73196-0523
Phone: 866-949-6476
Fax:
Email: ap@diamondbackenergy.com

DIAMONDBACK E&P LLC
Attn: President and General Counsel
500 West Texas Ave Suite 1200
Midland, TX 797701
Phone: 866- 949-6476
Fax:
Email: ap@diamondbackenergy.com

DNOW LP
Attn: President and General Counsel
P.O. BOX 200822
DALLAS, TX 75320-0822
Phone: 307-856-6533
Fax: 713-237-3300
Email: cp1@dnow.com; ap@now.com

DNOW LP
Attn: Robert Workman, CEO
7402 N Eldridge Pkwy
Houston, TX 77041
Phone: 307- 856-6533
Fax: 713-237-3300
Email: cp1@dnow.com
ap@dnow.com

ENERFLEX ENERGY SYSTEMS INC
Attn: President and General Counsel
10815 Telge Road
Houston, TX 77095
Phone: 281- 345-9300
Fax: 281-345-7434
Email: usa@enerflex.com

ENVIRONMENTAL PLUS INC
Attn: President and General Counsel
2100 Ave O
Eunice, NM 88231
Phone: 575- 394-3481
Fax: 575-394-2601
Email:

ENVIRONMENTAL PLUS INC
Attn: President and General Counsel
PO BOX 1558 2100 AVE O
EUNICE, NM 88231-0000
Phone: 575-394-3481
Fax: 575-394-2601
Email:

GREEN MOUNTAIN ENERGY (75312)
Attn: President and General Counsel
1303 San Antonio Street Suite 700
Austin, TX 78701
Phone: 512- 691-6100
Fax: 512-691-6353
Email: gmecbizcare@greenmountain.com

GREEN MOUNTAIN ENERGY (75312)
Attn: President and General Counsel
DEPT 1233 PO BOX 121233
DALLAS, TX 75312-1233
Phone: 866-280-3603
Fax: 512-691-6353
Email: gmecbizcare@greenmountain.com

HALLIBURTON ENERGY SVCS INC
Attn: President and General Counsel
14851 Milner Road Gate 5A
Houston, TX 77032
Phone: 505- 392-6531
Fax: 281-449-1603
Email:

HALLIBURTON ENERGY SVCS INC
Attn: President and General Counsel
PO BOX 301341
DALLAS, TX 75303-1341
Phone: 505-392-6531
Fax: 281-449-1603
Email:

HARRISON INTERESTS LTD
Attn: Helen Hurley
712 Main Street Suite 1900
Houston, TX 77002-3220
Phone: 713- 228-5911
Fax: 713-632-1320
Email: hurley@harrisoninterests.com

IN RE VANGUARD NATURAL RESOURCES BONDHOLDER
LITIGATION
Attn: Jay W. Eisenhofer; Gordon Z. Novod; David M.
Haendler
GRANT & EISENHOFER P.A.
485 Lexington Avenue; 29th Fl
New York, NY 10017
Phone: 646- 722-8500
Fax: 646-722-8501
Email: jeisenhofer@gelaw.com
gnovod@gelaw.com

IN RE VANGUARD NATURAL RESOURCES BONDHOLDER
LITIGATION
Attn: Mark C. Gardy; James S. Notis; Meagan Farmer
Grady & Notis, LLP Tower 56, 126 E 5th St, 8th Fl
New York, NY 10022
Phone: 212-905-0509
Fax: 212-905-0508
Email: mgardy@gardylaw.com
jnotis@gardylaw.com
mfarmer@gardylaw.com

JOHNSON COUNTY CLERK
Attn: President and General Counsel
76 N Main Street
Buffalo, WY 82834
Phone: 307- 684-7302
Fax: 307-684-9118
Email: treasurer2@johnsoncowy.us

LIME ROCK RESOURCES OPERATING
Attn: President and General Counsel
Heritage Plaza 1111 BAGBY ST #4700A
Houston, TX 77002
Phone: 713- 292-9500
Fax:
Email: astone@lrpartners.com
gs@lrpartners.comers.com

MULTI-CHEM GROUP LLC
Attn: President and General Counsel
2905 Southwest Boulevard
San Angelo, TX 76904
Phone: 325- 223-6200
Fax: 325-942-7500
Email:

MULTI-CHEM GROUP LLC
Attn: President and General Counsel
PO BOX 301341
DALLAS, TX 75303-1341
Phone: 325-223-6200
Fax: 325-942-7500
Email:

NEWFIELD EXPLORATION MID-CONTINENT INC.
Attn: President and General Counsel
101 East 2nd Street South One Williams Center, Ste
1900
Tulsa, OK 74172
Phone: 918- 582-2757
Fax: 918-582-2690
Email: aphouston@newfield.com

NEWFIELD EXPLORATION MID-CONTINENT INC.
Attn: President and General Counsel
P. O. BOX 204370
DALLAS, TX 75320-4370
Phone: 918-582-2690
Fax: 918-582-2690
Email: aphouston@newfield.com

NORTHERN PRODUCTION CO INC
Attn: President and General Counsel
701 Sinclair St
Gillette, WY 82718
Phone: 307- 682-5708
Fax: 307-682-5530
Email: norther@vcn.com
office@npcrigs.com

NORTHERN PRODUCTION CO INC
Attn: President and General Counsel
PO BOX 205746
DALLAS, TX 75320-5746
Phone: 307-682-5708
Fax: 307-682-5530
Email: norther@vcn.com; office@npcrigs.com

OIL STATES ENERGY SERVICES LLC
Attn: President and General Counsel
20 Gammage Road
Ellisville, MS 39437
Phone: 601- 425-1949
Fax: 601-428-7570
Email:

OIL STATES ENERGY SERVICES LLC
Attn: President and General Counsel
PO BOX 203567
DALLAS, TX 75320-3567
Phone: 601-425-1949
Fax: 601-428-7570
Email:

P2ES HOLDINGS, INC.
Attn: President and General Counsel
1670 Broadway Suite 2800
Denver, CO 80202
Phone: 303- 292-0990
Fax: 303-292-1812
Email:

P2ES HOLDINGS, INC.
Attn: President and General Counsel
PO BOX 912692
DENVER, CO 80291-2692
Phone: 303-292-0990
Fax: 303-292-1812
Email:

PARKER & SON INC
Attn: President and General Counsel
88 Nicholas Avenue
Atmore, AL 36504
Phone: 251- 368-3737
Fax: 251-368-4906
Email: linda@parkerandsoninc.com

PARKER & SON INC
Attn: President and General Counsel
PO BOX 616
ATMORE, AL 36504
Phone: 251-368-3737
Fax: 251-368-4906
Email: linda@parkerandsoninc.com

RADICAL SPECIALTIES
Attn: President and General Counsel
2550 Fm 669
Post, TX 79356
Phone: 806- 629-4535
Fax: 806-629-4548
Email: radicalspecialties@gmail.com

RADICAL SPECIALTIES
Attn: President and General Counsel
PO BOX 760
POST, TX 79356
Phone: 806-629-4535
Fax: 806-629-4548
Email: radicalspecialties@gmail.com

REEF SERVICES LLC
Attn: President and General Counsel
7906 W Hwy 80
Midland, TX 79706
Phone: 325- 573-1133
Fax: 432-560-5633
Email:

REEF SERVICES LLC
Attn: President and General Counsel
PO BOX 203187 DEPT 18703
DALLAS, TX 75320
Phone: 325-573-1133
Fax: 432-560-5633
Email:

ROCKIES EXPRESS PIPELINE LLC
Attn: President and General Counsel
370 VAN GORDON STREET
LAKEWOOD, CO 80228-1519
Phone: 307- 232-4422
Fax: 713-369-9235
Email: nate.lien@tallgrassenergylp.com

ROCKWATER ROCKIES LLC
Attn: President and General Counsel
9160 Interstate 20 Frontage Rd
Odessa, TX 79763
Phone: 432- 381-6190
Fax: 432-381-6192
Email: arremitfm@rockwaterenergy.com

ROCKWATER ROCKIES LLC
Attn: President and General Counsel
PO BOX 203187 DEPT 18707
DALLAS, TX 75320
Phone: 800-213-7569
Fax: 432-381-6192
Email: arremitfm@rockwaterenergy.com

ROCKY MOUNTAIN POWER
Attn: President and General Counsel
1407 W North Temple
Salt Lake City, UT 84116
Phone: 503- 813-6722
Fax: 801-220-3116
Email: acctspayhelp@PacifiCorp.com

ROCKY MOUNTAIN POWER
Attn: President and General Counsel
PO BOX 26000
PORTLAND, OR 97256-0001
Phone: 888-221-7070
Fax: 801-220-3116
Email:

SALAZAR SERVICE & TRUCKING
Attn: President and General Counsel
5511 Starboard Drive
Midland, TX 79706
Phone: 432- 523-9658
Fax: 432-523-9633
Email: MARIA@SALAZARSERVICE.COM

SERVICE COMPRESSION LLC
Attn: President and General Counsel
2613 CO-OP Drive
Van Buren, AR 72956
Phone: 479- 474-5228
Fax: 479-474-5288
Email:

SEVEN LAKES TECHNOLOGIES INC
Attn: President and General Counsel
6046 Alexandra Court
Oak Park, CA 91377
Phone: 805- 242-4288
Fax:
Email: Sowmya.Murthy@sevenlakes.com
info@sevenlakes.com

SOUTHLAND ROYALTY COMPANY LLC
Attn: President and General Counsel
400 West Seventh Street
FT Worth, TX 76102
Phone: 817- 334-7800
Fax: 817-334-7889
Email: info@mspartners.com

STRIDE WELL SERVICE CO, INC
Attn: President and General Counsel
205 West Maple Avenue Suite 600
Enid, OK 73701
Phone: 940- 668-8344
Fax: 940-668-1085
Email:

STRIDE WELL SERVICE CO, INC
Attn: President and General Counsel
P O BOX 201846
DALLAS, TX 75320-1846
Phone: 580-242-7300
Fax: 940-668-1085
Email:

SUBLETTE COUNTY TREASURER
Attn: President and General Counsel
21 S. Tyler
Pinedale, WY 82941
Phone: 307- 376-4373
Fax: 307-367-3067
Email: roxanna.jensen@sublettewyo.com
info@sublettewyo.com

SUBLETTE COUNTY TREASURER
Attn: President and General Counsel
PO BOX 296
PINEDALE, WY 82941-0296
Phone: 307- 376-4373
Fax: 307-367-3067
Email: roxanna.jensen@sublettewyo.com
info@sublettewyo.com

SULZER CHEMTECH USA INC
Attn: President and General Counsel
8505 East North Belt Drive
Humble, TX 77396
Phone: 281- 441-5800
Fax: 281-291-0207
Email:

SULZER CHEMTECH USA INC
Attn: President and General Counsel
PO BOX 849923
DALLAS, TX 75284-9923
Phone: 281- 441-5800
Fax: 281-291-0207
Email:

SWEPI LP
Attn: Mhay Tangkeko
200 North Dairy Ashford Suite 8
Houston, TX 77079
Phone: 713- 241-6161
Fax: 713-230-3909
Email: mhay.tangkeko@shell.com

SWEPI LP
Attn: President and General Counsel
PO BOX 7247-6251
PHILADELPHIA, PA 19170-6251
Phone: 713- 241-6161
Fax: 713-230-3909
Email: mhay.tangkeko@shell.com

TRINITY ENVIRONMENTAL SWD LLC
Attn: President and General Counsel
13443 Highway 71 W Suite 200
Bee Cave, TX 78738
Phone: 512- 582-8050
Fax: 281-598-1072
Email: info@trinityenv.com

UMB Bank, N.A., Trustee
Attn: Mark Flannagan
1010 Grand Blvd. 4th Floor
Kansas City, MO 64106
Phone: 816- 860-3009
Fax: 816-860-3029
Email: Mark.Flannagan@umb.com

UPTON RESOURCES USA INC
Attn: President and General Counsel
3900 250-5th Avenue SW
Calgary, AB T2P 2V7
Canada
Phone: 403- 263-7373
Fax: 403-777-2609
Email:

UPTON RESOURCES USA INC
Attn: President and General Counsel
P O BOX 1450, STATION M
CALGARY, ALBERTA T2P 2L6
Canada
Phone: 403- 263-7373
Fax: 403-777-2609
Email:

VERSATILE OIL TOOLS
Attn: President and General Counsel
4823 W 42nd St
Odessa, TX 79764
Phone: 432- 381-3334
Fax: 432-385-0559
Email: kimberly-ward@clearwire.net

VERSATILE OIL TOOLS
Attn: President and General Counsel
PO BOX 80310
MIDLAND, TX 79708
Phone: 432-381-3334
Fax: 432-385-0559
Email:

VIVA ENERGY SERVICES LLC
Attn: President and General Counsel
700 Avenue E
Odessa, TX 79763
Phone: 432- 552-0800
Fax: 432-552-0900
Email: davidjr@burkroyalty.com

VIVA ENERGY SERVICES LLC
Attn: President and General Counsel
PO BOX 4437
ODESSA, TX 79760-4437
Phone: 432-552-0800
Fax: 432-552-0900
Email:

Wilmington Trust, National Association
Attn: Rita Marie Ritrovato
1100 North Market Street
Wilmington, DE 19890-1605
Phone: 302- 636-5137
Fax: 302-636-4130
Email: rritrovato@wilmingtontrust.com

XCEL ENERGY
Attn: President and General Counsel
P O BOX 9477
MINNEAPOLIS, MN 55484-9477
Phone: 800-895-4999
Fax: 800-311-0050
Email: customerservice@xcelenergy.com

XCEL ENERGY
Attn: President and General Counsel
414 Nicollet Mall
Minneapolis, MN 55401
Phone: 612- 330-5500
Fax: 800-311-0050
Email: customerservice@xcelenergy.com

Counsel to Official Committee of Unsecured Creditors

Akin Gump Strauss Hauer & Feld LLP
Attn:  Michael S. Stamer, Abid Qureshi, Meredith A. Lahaie & Kevin Zuzolo
One Bryant Park, 44th Floor
New York, NY 10036-6745
Phone: 212-872-1000
Fax: 212-872-1002
Email: mstamer@akingump.com; aqureshi@akingump.com; mlahaie@akingump.com; kzuzolo@akingump.com

Akin Gump Strauss Hauer & Feld LLP
Attn:  Charles R. Gibbs
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201
Phone: 214-969-2800
Fax: 212-969-4343
Email: cgibbs@akingump.com