

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/10/2017

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| VANGUARD NATURAL RESOURCES, LLC, *et al.*,[1] | § § § § | Case No. 17-30560 |
| Debtors. | § § § | (Jointly Administered) |

**ORDER CONTINUING THE HEARING REGARDING THE DEBTORS' DISCLOSURE STATEMENT [DOCKET NO. 216] AND MOTION TO APPROVE SOLICITATION PROCEDURES [DOCUMENT NO. 296]**

The final hearing for the *Disclosure Statement Relating to the Joint Plan of Reorganization of Vanguard Natural Resources, LLC,* et al.*, Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 216] (the "<u>Disclosure Statement</u>") and the *Debtors' Motion for Entry of Order: (I) Approving Debtors' Disclosure Statement for Joint Plan of Reorganization; (II) Establishing Voting Record Date; (III) Approving Solicitation Packages and Distribution Procedures; (IV) Approving Forms of Ballot and Establishing Procedures for Voting on Joint Plan of Reorganization; (V) Approving Forms of Notice to Non-Voting Classes Under Plan; (VI) Establishing Voting Deadline to Accept or Reject Plan; (VII) Approving Procedures for Vote Tabulations; (VIII) Approving Rights Offering Procedures and Related Materials; and (IX) Establishing Confirmation Hearing Date and Notice and Objection Procedures in Respect*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Vanguard Natural Resources, LLC (1161); Eagle Rock Acquisition Partnership, L.P. (6706); Eagle Rock Acquisition Partnership II, L.P. (0903); Eagle Rock Energy Acquisition Co., Inc. (4564); Eagle Rock Energy Acquisition Co. II, Inc. (3364); Eagle Rock Upstream Development Company, Inc. (0113); Eagle Rock Upstream Development Company II, Inc. (7453); Encore Clear Fork Pipeline LLC (2032); Escambia Asset Co. LLC (3869); Escambia Operating Co. LLC (2000); Vanguard Natural Gas, LLC (1004); Vanguard Operating, LLC (9331); VNR Finance Corp. (1494); and VNR Holdings, LLC (6371). The Debtors' service address is: 5847 San Felipe, Suite 3000, Houston, Texas 77057.

2

*Thereof* [Docket No. 296] (the "Solicitation Procedures Motion"), currently scheduled for 1:30 p.m. (CT) on April 13, 2017, is continued to April 18, 2017 at 9:30 a.m. (CT), and the deadline to object to the Disclosure Statement is extended to April 14, 2017 at 4:00 p.m. (CT), without prejudice to the Debtors' right to seek to further adjourn the Disclosure Statement and Solicitation Procedures Motion with notice on the docket in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, as applicable.

Signed:
April 10, 2017

_____
Marvin Isgur
United States Bankruptcy Judge