

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/10/2017

| | | |
|---|---|---|
| IN RE: | § | |
| VANGUARD NATURAL RESOURCES, LLC | § § § | CASE NO: 17-30560 |
| | § | CASE NO: 17-03058 |
| VANGUARD NATURAL GAS, LLC; aka NAMI HOLDING COMPANY, LLC | § § § | CASE NO: 17-30562 |
| VNR FINANCE CORP. | § § | CASE NO: 17-30563 |
| VNR HOLDINGS, LLC | § § | CASE NO: 17-30564 |
| EAGLE ROCK ENERGY ACQUISITION CO., INC. | § § § | CASE NO: 17-30565 |
| EAGLE ROCK ENERGY ACQUISITION CO. II, INC. | § § § | CASE NO: 17-30566 |
| EAGLE ROCK UPSTREAM DEVELOPMENT COMPANY, INC. | § § § | CASE NO: 17-30568 |
| EAGLE ROCK UPSTREAM DEVELOPMENT COMPANY II, INC. | § § § | CASE NO: 17-30569 |
| EAGLE ROCK ACQUISITION PARTNERSHIP, L.P. | § § § | CASE NO: 17-30570 |
| EAGLE ROCK ACQUISITION PARTNERSHIP II, L.P. | § § § | CASE NO: 17-30571 |
| ENCORE CLEAR FORK PIPELINE LLC | § § | CASE NO: 17-30572 |
| ESCAMBIA ASSET CO. LLC | § § | CASE NO: 17-30573 |
| ESCAMBIA OPERATING CO. LLC | § § | CASE NO: 17-30574 |
| | § | **Jointly Administered Order** |
| Debtor(s) | § § | **CHAPTER 11** |
| | § § § | |

§
§
§
§

## ORDER RESETTING HEARING

The hearing on **Bryan Coty McDonald's Motion for Relief from Stay (Doc. #431), Creditors Committee's Applications to Employ (Doc. #449 and #451), Newfield Exploration Mid-Continent, Inc.'s Motion for Relief from Stay (Doc. #458) and Debtor's Motion for Entry of Agreed Order (Doc. #475)** set for April 18, 2017 at 11:00 a.m. has been reset to **April 18, 2017 at 9:30 a.m.** in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas. The movant shall immediately serve a copy of this notice on all parties entitled to notice of the hearing and file a certificate of service with the clerk's office.

SIGNED **April 10, 2017.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE