IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| VANGUARD NATURAL RESOURCES, LLC, *et al.*,[1] | § § § | Case No. 17-30560 |
| | § | (Jointly Administered) |
| Debtors. | § | |

## NOTICE OF RESET HEARING
*[Relates to Dkt. Nos. 458 and 539]*

PLEASE TAKE NOTICE that pursuant to the Court's *Order Resetting Hearing* [Dkt. No. 539], the hearing on *Newfield Exploration Mid-Continent, Inc.'s Motion for Relief from Stay* [Dkt. No. 458] has been reset for **Tuesday, April 18, 2017 at 9:30 AM** before the Honorable Marvin Isgur, United States Bankruptcy Judge for the Southern District of Texas, Houston Division at the United States Courthouse, Courtroom 404, 515 Rusk Avenue, Houston, Texas 77002.

*[CONCLUDED ON FOLLOWING PAGE]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Vanguard Natural Resources, LLC (1161); Eagle Rock Acquisition Partnership, L.P. (6706); Eagle Rock Acquisition Partnership II, L.P. (0903); Eagle Rock Energy Acquisition Co., Inc. (4564); Eagle Rock Energy Acquisition Co. II, Inc. (3364); Eagle Rock Upstream Development Company, Inc. (0113); Eagle Rock Upstream Development Company II, Inc. (7453); Encore Clear Fork Pipeline LLC (2032); Escambia Asset Co. LLC (3869);Escambia Operating Co. LLC (2000); Vanguard Natural Gas, LLC (1004); Vanguard Operating, LLC (9331); VNR Finance Corp. (1494); and VNR Holdings, LLC (6371). The location of the Debtors' service address is: 5847 San Felipe, Suite 3000, Houston, Texas 77057.

**DATED: April 10, 2017.**

Respectfully submitted,

**THOMPSON & KNIGHT LLP**

By: */s/ Tye C. Hancock*

Tye C. Hancock
State Bar No. 24032271
Anthony F. Pirraglia
State Bar No. 24103017
**THOMPSON & KNIGHT LLP**
333 Clay Street, Suite 3300
Houston, Texas 77002
Telephone: 713.654.8111
Facsimile: 713.654.1872
E-mail:  Tye.Hancock@tklaw.com
E-mail: Anthony.Pirraglia@tklaw.com

**ATTORNEYS FOR NEWFIELD EXPLORATION MID-CONTINENT INC.**

## CERTIFICATE OF SERVICE

I certify that on April 10, 2017, a true and correct copy of the foregoing was served on the parties listed below by electronic mail, unless served via the Court's Case Management/Electronic Case File System ("CM/ECF") at the time of filing. I further certify that all parties entitled to service via CM/ECF were served at the time of electronic filing.

/s/ Tye C. Hancock
Tye C. Hancock

**Vanguard**
Chris L. Dickerson, Esq.
Todd M. Schwartz
PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Email: chrisdickerson@paulhastings.com
Email:  toddschwartz@paulhastings.com

James T. Grogan, Esq.
Danny Newman, Esq.
PAUL HASTINGS LLP
600 Travis St., 58th Floor
Houston, Texas 77002
Email: jamesgrogan@paulhastings.com
Email: dannynewman@paulhastings.com

**Ad Hoc Committee of Senior Note Holders**
John F. Higgins
Eric M. English
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002-2764
Email: jhiggins@porterhedges.com
        eenglish@porterhedges.com

Dennis F. Dunne
Samuel A. Khalil
Andrew M. Leblanc
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, New York 10005
Email: ddunne@milbank.com
        skhalil@milbank.com
        aleblanc@milbank.com

**Counsel for the Official Committee of Unsecured Creditors**

Michael S. Stamer
Abid Qureshi
Meredith A. Lahaie
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
E-mail: mstamer@akingump.com
       aqureshi@akingump.com
       mlahaie@akingump.com

Charles R. Gibbs
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
E-mail: cgibbs@akingump.com


**BP America Production Company**
BP America Production Company
c/o John R. Reeves
Connors & Winters, Limited Liability Partnership
One Leadership Square, 17th Floor
211 North Robinson Avenue
Oklahoma City, OK 73102
Email: occ@cwlaw.com