**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| VANGUARD NATURAL RESOURCES, LLC, *et al.*,[1] | ) Case No. 17-30560 (MI) |
| Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 21, 2017 THROUGH APRIL 30, 2017**

Upon consideration of the *First Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, For Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from February 21, 2017 through April 30, 2017* (the "Application")[2] filed by FTI Consulting, Inc. ("FTI"), financial advisor to the official committee of unsecured creditors (the "Committee") of the above-captioned debtors (the "Debtors"), the Court finds that: (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the fees and expenses requested are reasonable, necessary, and beneficial to the Debtors' estates and should be allowed; (d) proper and adequate notice of

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Vanguard Natural Resources, LLC (1161); Eagle Rock Acquisition Partnership, L.P. (6706); Eagle Rock Acquisition Partnership II, L.P. (0903); Eagle Rock Energy Acquisition Co., Inc. (4564); Eagle Rock Energy Acquisition Co. II, Inc. (3364); Eagle Rock Upstream Development Company, Inc. (0113); Eagle Rock Upstream Development Company II, Inc. (7453); Encore Clear Fork Pipeline LLC (2032); Escambia Asset Co. LLC (3869); Escambia Operating Co. LLC (2000); Vanguard Natural Gas, LLC (1004); Vanguard Operating, LLC (9331); VNR Finance Corp. (1494); and VNR Holdings, LLC (6371). The location of the Debtors' service address is: 5847 San Felipe, Suite 3000, Houston, Texas 77057.

[2]    Capitalized terms not defined herein shall have the meaning set forth in the Application.

1

the Application and hearing thereon has been given, no objections to the Application have been filed, and no other or further notice is required; and (e) good and sufficient cause exists for granting the relief herein, after due deliberation upon the Application and all relevant proceedings before the Court in connection with the Application. Therefore, it is hereby

**ORDERED** that FTI shall be allowed interim compensation of fees in the amount of $1,431,080.50 and reimbursement of expenses in the amount of $7,653.14 for services rendered on behalf of the Committee for the period of February 21, 2017 through April 30, 2017.  It is further

**ORDERED** that the Debtors are authorized and directed to pay FTI all fees and expenses allowed pursuant to this Order.  It is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2017
       Houston, Texas

                                    _____
                                      HONORABLE MARVIN ISGUR
                                      UNITED STATES BANKRUPTCY JUDGE