IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: § <br> § <br> Vanguard Natural Resources, LLC, *et al.*, § <br> § <br> Reorganized Debtors. § <br> § | Chapter 11 <br><br> Case No. 17-30560 <br><br> (Jointly Administered) |

**REORGANIZED DEBTORS' WITNESS AND EXHIBIT LIST FOR
HEARING ON MARCH 6, 2019**

The above-captioned reorganized debtors (collectively, the "Reorganized Debtors") file their Witness and Exhibit List for the hearing to be held on March 6, 2019, at 10:00 a.m., Central Time (or as such hearing may be continued, the "Hearing").

**EXHIBITS**

The Reorganized Debtors may offer into evidence any of the following exhibits at the Hearing:

| Ex. # | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | *Reorganized Debtors' Twentieth Omnibus Objection to Certain Claims (Assumed Contract Claims, Contingent D&O Indemnity Claims, Late-Filed Claims, Satisfied Claims, No Liability Tax Claims, and Resolved Claims)* [Docket No. 2000] (and the Proofs of Claim listed and hyperlinked therein). |  |  |  |  |
| 2. | *Declaration of John D. Baumgartner in Support of Reorganized Debtors' Twentieth Omnibus Objection to Certain Claims (Assumed Contract Claims, Contingent D&O Indemnity Claims, Late-Filed Claims,* |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | *Satisfied Claims, No Liability Tax Claims, and Resolved Claims).* | | | | |
| 3. | *Declaration of John C. Monroe in Support of Reorganized Debtors' Twentieth Omnibus Objection to Certain Claims (Assumed Contract Claims, Contingent D&O Indemnity Claims, Late-Filed Claims, Satisfied Claims, No Liability Tax Claims, and Resolved Claims).* | | | | |

## WITNESSES

The Reorganized Debtors may call any of the following witnesses at the hearing to testify, whether by declaration, in person, or by proffer. The Reorganized Debtors reserve the right to call rebuttal witnesses as necessary. The Reorganized Debtors also reserve the right to cross-examine any witness called by any other party.

1. Declaration of John D. Baumgartner, CIRA, CDBV
   Managing Director, Dispute Consulting
   Stout Risius Ross, LLC

2. Declaration of John C. Monroe
   Tax Compliance Manager
   Vanguard Natural Resources, Inc.

Dated: March 4, 2019               **BLANK ROME LLP**

*/s/ James T. Grogan*
James T. Grogan (Tex. Bar No. 24027354)
717 Texas Avenue
Houston, Texas 77002
Telephone: (713) 228-6601
Facsimile: (713) 228-6605

Matthew E. Kaslow (admitted *pro hac vice*)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555

*Counsel for the Reorganized Debtors*

## **CERTIFICATE OF SERVICE**

   I certify that on March 4, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas. Additionally, I have caused Prime Clerk, LLC, the Reorganized Debtors' Claims and Noticing Agent, to serve the foregoing document on the (i) master service list and (ii) all claimants, or their counsel, affected by the claims objections identified in the agenda.

                    */s/ Matthew E. Kaslow*
                    Matthew E. Kaslow